Case: 1:23−cv−03335
Assigned To : Nichols, Carl J.
Assign. Date : 11/9/2023
Description: Pro se. Gen. Civ. (F-Deck)

**COMPLAINT**

Plaintiff Rose Y. Celestin hereby pleads the following complaint against Defendants Onika Maraj-Petty a/k/a Nicki Minaj, Aubrey Graham a/k/a Drake, Cash Money Records, and David Brewster a/k/a Dave East:

## SUMMARY OF ACTION

1.  Rose Celestin was a likable and impressionable young woman who often stood out in the crowd and left long-lasting, great impressions with everyone she had encountered. Often praised for her professionalism, strong work ethic, and virtues, Rose Celestin always captured the hearts of many with her captivating personality and admirable achievements, propelling her to new heights in her professional career and personal life. While Rose Celestin had a certain mystique to her, she still left many who had crossed her path wanting to learn more, compelling them to take her under their wings while exposing her to stellar opportunities. Not only was Rose Celestin a charming young woman, she was also considered trustworthy and inspirational by her peers and commanded respect for many years. Then, slowly but surely, Rose Celestin's world began tumbling down and ultimately fell apart right before her very eyes for reasons she could not understand. What Rose did not fully realize until it was too late was that she was the target of an unsuspecting group of celebrities, led by rapper Nicki Minaj, who were working tirelessly over the span of more than a decade to successfully sabotage Rose Celestin's life.

2.  As a result, Rose Celestin has sadly found herself an innocent victim of criminal espionage where she has been placed against her will under perpetual unlawful surveillance. She is unable to sustain a livelihood or economic advantage because her reputation has been utterly decimated, thereby losing the respect of all her peers, employers, and business associates. She is constantly mocked, humiliated, and ridiculed. The Defendants have exposed Rose Celestin to public scorn, hatred, and contempt, discouraging others from having a good opinion of and associating with her. Consequently, Rose Celestin has lost all her friends, and due to the Defendant's constant

RECEIVED

NOV − 9 2023

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

unlawful surveillance, she is unable to make new friends. The sheer damage and massive havoc wreaked on Rose Celestin's life is irrevocable.

3. And if it wasn't enough for the Defendants to cause Rose Celestin inescapable shame, she is not even safe within the four walls of her own home where she is subjected to around-the-clock bullying through means of espionage. Moving does no good as it creates even more financial burden for her. Neither does purchasing new devices and even acquiring the most highly-rated VPN subscriptions from reputable companies, promising to provide the one thing Rose Celestin desperately craves—privacy. Every morning, Rose Celestin steps into her shower with a gut-wrenching feeling of disgust, knowing that she is being watched by an audience who take pleasure in her vulnerability. Every day, she checks her email, surfs the web, and engages on social media with the nerve-wracking feeling of being smothered, knowing that everything she does on her devices is tracked and under watchful, scrutinous eyes. Even the simple act of checking her bank accounts or scheduling a doctor's appointment causes Rose Celestin crippling anxiety, knowing that the most private details of her personal life could potentially subject her to unprovoked shame and ridicule.

4. The Defendants' ability to impart such debilitating damage upon Rose Celestin hinges on this key defamatory allegation: Rose Celestin was a stripper in her past life.

5. By knowingly perpetuating this falsehood with malice and intent, the Defendants have leveraged their power and influence to inflict indefensible atrocities against Rose Celestin with no fear of repercussions, rendering emotional, compensatory, and exemplary damages beyond enumeration.

6. Rose Celestin brings this civil complaint before the Court to clear her name of the deliberate defamatory allegations made by the Defendants and instigated by Nicki Minaj. Rose Celestin seeks to prove with factual evidence that (1) the allegations made against Rose Celestin are knowingly false, (2) the Defendants acted with actual malice and intent in making false allegations against Rose Celestin, (3) the Defendants intended to obstruct Rose Celestin from seeking legal recourse for their defamatory and illegal conduct, (4) the Defendants abused their

power and influence to intentionally interfere with Rose Celestin's ability to gain and maintain economic advantage, and (5) the Defendants leveraged means of criminal espionage to inflict damage upon Rose Celestin.

7. By this civil lawsuit, Rose Celestin seeks to restore her reputation and establish the Defendants' liability for the damages compounded in perpetuity against her, seek equitable relief and punitive damages for the reputational harm Rose Celestin has suffered, restrain the Defendants from continuing their malicious and criminal actions against Rose Celestin, and most importantly, uphold the virtue that no one, regardless of fame, power, and influence, is above reprimand.

## JURISDICTION AND VENUE

8. Plaintiff Rose Y. Celestin is invoking diversity jurisdiction of this Court pursuant to 28 U.S.C. Section 1332 (a)(3), where the statute provides that (a) the district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interests and costs, and is between (3) citizens of different States and in which citizens or subjects of a foreign state are additional parties.

9. The Venue is proper in this district pursuant to 28 U.S.C. Section 1332(a)(3) because Plaintiff resides in the district where the Court has diversity jurisdiction.

## PARTIES

10. Plaintiff Rose Y. Celestin is a citizen of Washington, DC with a principal place of residence in the District of Columbia.

11. Defendant Nicki Minaj is a citizen of Los Angeles, CA with a principal place of residence in the State of California.

12. Defendant Drake is a citizen of Toronto, Ontario with a principal place of residence in Toronto, Ontario, Canada.

13. Defendant Dave East is a citizen of New York, NY with a principal place of residence in the State of New York.

14. Defendant Cash Money Records is a private company with a principal place of business in the State of Louisiana.

## STATEMENT OF FACTS

15. Plaintiff Rose Y. Celestin, born in Brooklyn, New York, was raised in Pine Bluff, Arkansas and lived in Pine Bluff for most of her life.

16. Rose was raised in a loving, two-parent, middle class home with a good moral, conservative upbringing. She was well provided for by her parents. Both her father and mother are college-educated with degrees in Computer Science and Psychology, respectively. Growing up, Rose's parents were gainfully employed. Her parents provided a good life for Rose and her older brother, regularly emphasizing and instilling the high importance of education, hard work, and integrity in order to succeed. As a result, Rose developed a very driven and ambitious mindset at an early age.

17. Because of Rose's good upbringing and charismatic personality, she took the initiative to seize a rare opportunity to begin gainful employment at the tender age of 14 at the University of Arkansas at Pine Bluff ("UAPB") as a Purchasing Technician, a feat not commonly accomplished by other kids her age. Her tenacity and networking ability allowed her to land the role, despite her young age. In addition to Rose's driven and ambitious mindset, she was also a highly creative kid.

18. Rose was gifted in writing, with great command of English grammar, due to her father's relentless emphasis on being highly educated to become a respectable member of society. Rose began writing poetry, where her love for poetry eventually evolved into writing music. This gift led to Rose forming a singing group, 3 Pretty Misses ("3PM"), which comprised of Rose and two of her classmates. Rose continued her employment with UAPB on a part-time basis while also

being an active member of 3PM during her time as a junior high and high school student. In June 2007, Rose graduated from Pine Bluff High School in Pine Bluff, Arkansas.

19. Around the time of Rose's sophomore year of high school, 3PM began gaining local attention, as well as the attention of music executives and labels, piquing the interest of Xavier Lewis, an A&R at So So Def Recordings, as well as other independent labels. Ultimately, Rose's singing group, 3PM, began a business relationship with Xavier Lewis. The term of that business relationship was for 3PM to release a debut single through Xavier's company, Stoopid Fly Entertainment, which was an imprint of So So Def Records. 3PM traveled to Austin, Texas for about three days around May/June 2007, where the group became further acquainted with Xavier and his music company. The relationship between Xavier, Stoopid Fly Entertainment, and 3PM was strictly business. Xavier had the utmost respect for members of 3PM, and to Rose's knowledge and recollection, Xavier always had good and professional intentions for the group.

20. Around July 2007, 3PM (absent one member) traveled to Atlanta, Georgia for about two months to begin working on a single. During 3PM's short time in Atlanta, the group was responsibly supervised by Xavier in a professional manner.

**Rose Celestin's Journey Through the East Coast Music Scene**

21. 3PM's recording career was off to a great start, having already established solid music industry connections early on, prior to arriving to New York City. However, 3PM did not have an official manager to manage the group. Rose, being well-connected in the music industry, was acting as the head of all business-related affairs for the group, which was not optimal given her gender and young age. In summer 2007, DJ Cutmaster C, creator of True Stories DVD, met Rose on Myspace and offered to manage the group.

22. Absent one member, 3PM traveled to Hackensack, NJ around September 2007, where they met DJ Cutmaster C in person for the first time. Initially, the new business relationship established between DJ Cutmaster C and the group was positive, professional, and seemed very promising

due to DJ Cutmaster C also being well-connected within the east coast music industry. During the first couple of weeks of managing the group, DJ Cutmaster C responsibly and professionally managed the group while also leveraging his relationships to make introductions on behalf of 3PM, bragging about the group every chance he could get. The girls often accompanied DJ Cutmaster C on professional errand runs and encounters with major players in the music industry. They often frequented the Def Jam Recordings office in NYC many times, where DJ Cutmaster C conducted interviews with major artists for True Stories. For the most part, the girls were excited about being managed by DJ Cutmaster C and felt that he was the perfect fit to manage the group.

23. However, as time passed, DJ Cutmaster C's relationship with 3PM began to take an unexpected turn for the worst. DJ Cutmaster C began to grow increasingly distant with the girls for reasons beyond their comprehension at the time.

24. One day, DJ Cutmaster C had asked Rose's groupmate to accompany him on an errand. Thinking nothing of this, as it was common for the girls to tag along with DJ Cutmaster C on professional business, Rose's groupmate went with him on the errand, while Rose stayed behind. After a few hours, DJ Cutmaster C dropped Rose's groupmate off at the apartment where the girls were living in Hackensack, while DJ Cutmaster C left for the rest of the day. Immediately after arriving back at the apartment, Rose noticed that her groupmate's demeanor was different compared to all the other times she tagged along on an errand run. That time she was sad and despondent. When Rose asked her groupmate what had happened, her groupmate did not want to talk about it. About two days later, DJ Cutmaster C had also asked Rose to accompany him on an errand, while her groupmate stayed behind that time around.

25. That was when Rose first realized why her groupmate was sad about two days earlier. Unbeknownst to 3PM, DJ Cutmaster C (and Nicki Minaj, on information and belief) were using official 3PM photos from previous professional photoshoots without the group's knowledge or permission to post sex ads on Craigslist. Rose became aware of that when DJ Cutmaster C drove Rose to a house and instructed her to go inside where a man was ready to meet her. Upon entering

the stranger's house, the stranger led Rose to his bedroom and began to undress. Scared and

confused, Rose asked the stranger why he was getting undressed. Confused, the stranger showed

Rose a Craigslist ad with her picture and content soliciting sex and asked her to confirm if it was

her in the ad. Completely caught off guard by that, Rose explained to the man that she did not

come to his house to have sex with him and that she was unaware of the Craigslist ad. The man

began to read between the lines and asked Rose if DJ Cutmaster C, who was still parked outside,

was her pimp. Rose quickly corrected the stranger, telling him that DJ Cutmaster C was not her

pimp, but her manager because she was in a singing group signed to So So Def. Putting two and

two together, the man then began to show compassion and explained that he had a daughter. Out

of sympathy, the man gave Rose a wad of cash, in case DJ Cutmaster C asked for it, and let Rose

leave without forcing her to have sex with him as originally planned.

26.     Relieved and grateful to God that she was able to get herself out of such a sticky situation that

could have ended otherwise, the two chatted for a few minutes where the man warned Rose that

she wasn't "down south" anymore and to "be careful who you trust". During the quiet ride home,

DJ Cutmaster C asked Rose if she had any money. Rose then gave DJ Cutmaster C a wad of cash

given to her by the stranger. DJ Cutmaster C then counted the money, gave Rose about $200, and

kept the rest for himself.

27.     Traumatized and completely blindsided by that experience, Rose confronted DJ Cutmaster C

about it, because it was seemingly out of character for DJ Cutmaster C to do such a thing. Up

until that point, DJ Cutmaster C had always treated the girls with the utmost respect. DJ

Cutmaster C then told the girls that studio time costs money and for him to invest in 3PM, 3PM

would first need to invest in themselves. That was the first time since working with DJ Cutmaster

C that he had expressed that intent for the group and completely changed his disposition with the

girls.

28.     Understanding what DJ Cutmaster C meant, Rose threatened to leave. However, DJ Cutmaster C

was not expecting that response and did not want the group to leave, because he too benefitted

from Rose's connections in the music industry. Therefore, DJ Cutmaster C agreed to stop pressuring the girls to becoming sex workers at such ripe, tender ages of their impressionable teenage years. To give DJ Cutmaster C the benefit of a doubt and put that incident behind them, 3PM continued working with DJ Cutmaster C under his management.

**Nicki Minaj: The Inconspicuous Villain**

29. Unbeknownst to Rose, Nicki Minaj, on information and belief, had been engaged in criminal espionage against Rose as early as her high school years (and possibly even earlier), secretly preying, spying, and stalking Rose, who Nicki Minaj had never met. Rose has no idea how Nicki Minaj's creepy obsession over her came to be, because the two had never crossed paths, even to this very day.

30. In her song, "Wuchoo Know" released on July 5, 2007, Nicki Minaj made the statements, "Cause if a bird try to get out of the cage, one bitch down, New York Times front page" and "Now class is finished, *you'll be home 'bout 3*". Nicki Minaj made those unprovoked, hostile statements referring to Rose and her singing group, 3PM, who at the time had just graduated high school, a month earlier in June 2007.

31. In "Sticks In My Bun", released by Nicki Minaj on July 5, 2007, Nicki Minaj made an unprovoked defamatory statement about Rose stating, "***Nigga said he didn't have a pole for my hoe***", falsely accusing Rose, a high school student, of being a stripper.

32. In "Playtime Is Over" released on July 5, 2007, Nicki Minaj stated, "Bitches talk shit, but what is you saying?" and "Fuck a dry pussy bitch, cause I know she thirsty", falsely accusing Rose of showing animosity and spreading gossip towards Nicki Minaj, although the two had never met. Nicki Minaj also falsely alleged that she had inside information concerning Rose's alleged promiscuity.

33. In "Dilly Dally" released on July 5, 2007, Nicki Minaj stated, "they think I'm making fun of them, when I be like: "Na-Na-Na-Na!" That's the track, little mama. Look: "Na-Na-Na-Na!" Do

what I do it, like I do it for the TV. Bitches must be blind *cause these bitches can't see me*. If you write your lyrics, little mama, I can dig it", ridiculing 3PM and accusing Rose of not writing her own lyrics for songs she's written, although they had not heard of Nicki Minaj or were aware of her secret animosity towards them.

34. In "Click Clack" released on July 5, 2007, Nicki Minaj stated, "I'm VIP lil mama, I just walk straight in, Lil Dolce & Gabbana, got this broad hatin", "Mami stop fakin', talking bout what you got, you ain't got Nathen, and you're not caking, you're not my taste, stay in a child's place, check the timin", ridiculing Rose, warning her to stay in a child's place. She also stated "check the timing" in a subliminal reference to Rose's singing group, 3PM.

35. In "I'm Cumin" released on July 5, 2007, Nicki Minaj stated, "I don't play around, *I'm a have to shut her down*", "Bitches pop shit, but they soft like play dough", "Gotta lotta banks, so she wanna be me, I gotta full tank, little mama on E", threatening to intentionally interfere with Rose's prospective economic advantage in the music industry and falsely accusing Rose of harboring animosity towards Nicki Minaj.

36. "Encore '07", "Dirty Money (Freestyle)", and "Jump Off '07" also contained targeted subliminal messages towards Rose and her group.

37. Those songs were released before 3PM had even met DJ Cutmaster C.

38. Those statements clearly show actual malice and intent on causing damage to Rose through premeditated attacks and motive to sabotage Rose's public image.

39. Rose was completely unaware and oblivious to Nicki Minaj's targeted attacks.

40. Sources familiar with the matter confirmed that Nicki Minaj has indeed admitted and often brags to them about how all the lyrics and statements presented in this complaint are about Rose.

41. Rose first discovered in June 2022 Nicki Minaj's long, extensive history of espionage, secret animosity, verbal attacks, false allegations, aggressive, hostile, and fighting words directed towards Rose, countless efforts at intentionally interfering with Rose's prospective economic advantage in the music industry and professional circles, and defaming Rose's character.

**Rose's Faux Pas: The Come Up DVD**

42. Around late October 2007, Fendi, creator of the Come Up DVD and Nicki Minaj's manager at the time, wanted to meet 3PM.

43. DJ Cutmaster C made the introduction.

44. At the time of 3PM's first introduction to Fendi, the group had never heard of the Come Up DVD or Fendi. Nor were the girls aware of Nicki Minaj's existence and that Fendi was her manager. The girls had never met her. In fact, neither Fendi nor DJ Cutmaster C ever even mentioned the names Nicki Minaj or Onika Maraj. Rose and her groupmate were entirely clueless of Nicki Minaj's existence or who she was.

45. DJ Cutmaster C and the girls met Fendi at a restaurant in a nearby town where Fendi wanted to learn more about the group and asked them to sing for him. After paying for dinner, Fendi also discussed with DJ Cutmaster C options for studio time and expressed interest in working with the group. Fendi had even pitched the idea to DJ Cutmaster C of creating a DVD series tailored just for 3PM. A couple of weeks later, Fendi approached DJ Cutmaster C and the girls with an opportunity for "massive exposure". That opportunity was for 3PM to begin making appearances on the Come Up DVD, which would then segue into 3PM's own DVD series. Fendi came to the apartment where the girls were living in Hackensack to begin filming "a day in the life" type of footage of the group. Rose volunteered to go first. Fendi, who acted as director, wanted to test ideas for b-roll footage in different areas of the apartment.

46. Rose, who customarily wore conservative clothing since her youth, was told that her original outfit was not a fit for the footage and that to be a successful artist, she needed to learn to be more comfortable showing "a little skin". Fendi suggested for Rose to change into something with more sex appeal because it would produce better results. After deliberation, Rose decided to let her guard down and agreed to be more "marketable". Therefore, Rose borrowed her groupmate's pink lingerie top that fully covered her torso and changed into black boy short lingerie bottoms.

Since her early preteen years, Rose had always had a "curvy" figure and a robust derriere that she would hide beneath her skirts and dresses as a conservative teen. Fendi would then throw out ideas for Rose to "look into the bathroom mirror while combing your hair", or "pretend to reach over the shower for a bar of soap" or "reach over the stove for a skillet in the cabinet as if you're getting ready to cook", as he collected b-roll footage. Although Rose was wearing boy shorts lingerie, in certain angles, her butt would become exposed due to its size. But Fendi assured the girls that they were in good hands, that the project would positively promote the group, and that the girls would be pleased with the outcome.

47. Trusting Fendi's judgement as a professional videographer, Rose followed his instructions. Throughout filming, Rose was fully dressed in the lingerie set that she was encouraged to change into and did not do anything sexually explicit while being filmed. She talked a lot about the group and their journey, and highlighted details about the group that she felt would resonate with an audience learning about 3PM for the first time. After filming Rose, Fendi wanted more time to edit the existing footage before filming the other groupmate later.

48. However, 3PM never got the chance to finish the project with Fendi because the girls discovered that DJ Cutmaster C (and Nicki Minaj, on information and belief) were still using their photos to post sex ads on Craigslist without their knowledge or consent, to humiliate and defame the group by giving the impression that the girls were sex workers instead of recording artists. As a result, the girls abruptly ended their business relationship with DJ Cutmaster C, cutting off all ties with him around November because Rose absolutely refused to allow the group to engage in prostitution with unwavering conviction.

49. Rose never saw Fendi or DJ Cutmaster C in person ever again.

50. Rose was never sexually involved with Fendi or DJ Cutmaster C.

51. Rose, and to Rose's knowledge, her groupmate, were never introduced to Nicki Minaj, nor were they aware of her existence.

52. DJ Cutmaster C nor Fendi ever took Rose, or to Rose's knowledge, her groupmate, to any strip clubs.

53. And Rose never became or has ever been a stripper.

54. Rose Celestin's immediate cousins, who were and are still established doctors, lived close by in Jamaica Estates, NY. Rose's groupmate also had a close relative nearby. Her father lived in Brooklyn, NY. Additionally, 3PM, to Rose's knowledge, still had a good professional relationship with Xavier Lewis and So So Def. Therefore, there was absolutely no reason whatsoever for Rose or her groupmate to engage in any illicit sexual activities, stripping, or other unrespectable means to support themselves.

55. Because the girls had abruptly ended all ties with DJ Cutmaster C in November 2007, Rose did not have the opportunity to review Fendi's final cut of the footage, nor did she give Fendi permission to use the footage for public consumption.

**Rose Celestin at Monza**

56. 3PM left Hackensack, NJ abruptly in the middle of the night in November 2007. Rose drove to an abandoned Sears parking lot in a nearby town so that she and her groupmate could regain their composure and strategize their next move. They had considered going back home to Arkansas or reaching out to their nearby relatives, or Xavier, but were afraid of hearing "I told you so", because their families were not comfortable with them moving to NYC, especially since their families had never heard of DJ Cutmaster C.  The girls were just too embarrassed to tell their parents and relatives what happened. So instead, Rose made a few calls to some of her contacts before the girls went to sleep in Rose's PT Cruiser that night until early morning. At the crack of dawn, Rapper Cassidy met up with the girls at a gas station near the abandoned Sears parking lot. Later that day, the girls followed Cassidy's vehicle to Grindhouse Studios, located in Midtown Manhattan, NY. At Grindhouse, 3PM met the studio owner, "Panther". Also at the studio was Grady Spivey.

57. The girls then stayed at Grindhouse for a couple of days. After, they walked to the next street to 37th Street and 6th Avenue to Monza, a studio owned by Kasseem Dean ("Swizz Beatz"). Rose reasonably assumes that Swizz Beatz heard about the situation and sent Cassidy to go fetch the girls from the abandoned Sears parking lot to bring them somewhere safe.

58. While at Monza, 3PM was still missing a third member because she had not yet graduated high school. As a result, Swizz Beatz suggested for the girls to focus on songwriting. Therefore, 3PM disbanded in November 2007 and remained at Monza as their place of domicile where Rose Celestin was a songwriter and producer. There, Rose and her groupmate also met Swizz Beatz's production team, The Individualz, who were all in the same age range as the girls.

59. The Individualz comprised of Avery Chambliss, Joseph Alexander, Jose Gonzalez, and Anderson Hernandez ("Vinylz"). Vinylz eventually left The Individualz to join Drake's OVO record label, where he is still gainfully associated with Drake to this day.

60. During the girls' time at Monza, they had established good, healthy relationships with Swizz Beatz, Grady Spivey, and The Individualz. Swizz Beatz, Grady Spivey, and The Individualz treated them with respect. Rose was never sexually involved with Swizz Beatz, Grady Spivey, or The Individualz.

**The Aftermath of the Come Up DVD Footage**

61. One day, around February 2008, Grady Spivey caught wind of the Come Up DVD footage, approached Rose about it, and expressed his disapproval. Rose, who was absolutely blindsided by the release of the unapproved footage first saw it on the internet. It was then she immediately realized that Fendi had released the footage for public consumption on his Come Up DVD platform without Rose's knowledge.

62. Rose was instantly mortified at the tasteless and unflattering representation of herself. She had no idea that Fendi had zoomed in on her butt while filming, when she was just following Fendi's directions during the shoot. He had ensured the girls that they could trust his judgement while

directing the project and that they would not be disappointed with the outcome. However, that was the furthest thing from the truth. Not only was the footage released without Rose's permission, but it was also out of context with the true intent of the overall project Fendi had presented to 3PM.

63. Because the original intent of the project was to be a documentary-style series similar to "a day in the life", leading up to the release of their debut single, Fendi wanted to capture b-roll footage of the girls that would help show their personal side so their target fanbase could resonate with them on a more personal level, while main footage of the girls in the studio working on their debut single and navigating their single deal would be the leading angle.

64. The girls were scheduled to return to Atlanta to wrap up business for their debut single. Therefore, in the footage, Rose had slipped and said that she was "from Atlanta" rather than saying she was "in Atlanta", because the intention was for the girls to act as if they were in Atlanta in the middle of recording their single, for cohesiveness since they were due back soon to tie loose ends. That proves that the footage on the Come Up DVD was raw footage that was not authorized to be released.

65. As a result, if one did not know Rose personally and had seen the footage, they would think that she was from Atlanta, Georgia instead of Pine Bluff, Arkansas, based on the unauthorized release of the Come Up DVD footage.

66. That is a key detail of this complaint.

**Nicki Minaj Plants the Seed to Defame Rose Celestin's Character**

67. Rose, who was 18 at the time the footage was recorded in Hackensack, and 19 at the time the footage was released without consent, explained to Grady Spivey what really happened and how the footage came to be.

68. Rose would then Google her name to find the embarrassing footage and screenshots of her butt plastered throughout Google search results. Rose was extremely upset, disgusted, felt exploited

by the situation, and firmly believed that it was an act of sabotage done to ruin the public's

perception of Rose and 3PM, causing her to lose the respect of some of her industry peers at the

time who had seen the footage.

69. Several weeks after Grady brought the footage to Rose's attention, she Googled her name again

and found that the footage and screenshots of her butt no longer populated search results, and

they were completely scrubbed from the internet and search engines. Relieved, Rose reasonably

assumes that Swizz Beatz had the footage and unflattering screenshots scrubbed from the internet

and handled the situation on her behalf. Moving on from the situation, the embarrassing footage

was never brought up again. Rose was then able to put that extremely unfortunate situation

behind her as a crucial lesson learned.

70. Dealing with post-traumatic stress from the situation, Rose stayed isolated from music industry

events and social groups out of fear and embarrassment that some had seen the footage and

instead focused heavily on songwriting and producing. Eventually, knowing that the footage was

no longer accessible on the internet or through search engines, Rose was able to put that incident

behind her and forget about it. To Rose's knowledge, it seemingly did not adversely affect her as

she continued songwriting and producing, in the sense that no one she had interacted with, after

its removal from all platforms, ever brought it up, mentioned the footage, belittled Rose, or

looked down on her about it. Although the Come Up DVD was slightly popular in the very niche

underground hip hop community, it wasn't mainstream, and thanks to the footage and screenshots

being scrubbed from the web very early in its release, not too many people really knew about it.

In fact, Rose never heard mention of the embarrassing Come Up DVD footage of herself ever

again until around the time Nicki Minaj re-released Beam Me Up Scotty, in May 2021.

71. Meanwhile, unbeknownst to Rose, Nicki Minaj released the "Sucka Free" mixtape on April 12,

2008, immediately after the footage and screenshots were scrubbed from the internet.

72. In "Grindin' Freestyle", released on April 12, 2008, Nicki Minaj stated, "Bitches is snakes, sorta

like Medusa, I got on the beats like a new producer, (I hate Nicki Minaj), just excuse her, I'm in a

GT, she in a PT Cruiser, I mean the PT bruiser, dang, lil mama, you is such a loser", expressing

scorn and contempt, on information and belief, for the footage and screenshots being removed

from the internet. She also ridiculed Rose for driving a PT Cruiser, a car Rose had bought at the

age of 16 with her hard-earned money and kept until she was 19. Nicki Minaj additionally made a

reference to Rose being a producer, acknowledging that she knew that Rose was a songwriter and

producer, proving that her allegations against Rose being a stripper were knowingly false.

73. In "Womp Womp", released on April 12, 2008, Nicki Minaj stated, "Bitch, you ain't writing shit,

you get ten percent," still threatening to intentionally interfere with Rose's prospective economic

advantage in the music industry, following Nicki Minaj's attempt at a smear campaign against

Rose Celestin through the unauthorized release of the Come Up DVD footage.

74. In "Set It Off", released on April 12, 2008, Nicki Minaj stated, "Hate it when a bitch act like her

shit don't stink", "Time machine bitches always talkin about the old days", "And they don't write

shit, they might write a couple bars", accusing Rose of being a "goody-too-shoes" and expressing

envy and disdain of Rose's songwriting abilities, again making reference to 3PM with the "time

machine bitches" line.

75. In "Curious George" and "Dead Wrong", released on April 12, 2008, Nicki Minaj stated, "I ain't

mad at you lil'mama, *you a sketel*", "I'm a winner, you that thing that start with S.L.", "Rhyme

with a cruiser, end with a r-ra, yup, you're a loser, I am a super star-ah", "In case I gotta spazz,

and blast you mudda cunt", "They do a lot of walkin' I do a lot of cruising", "Take off a shoe,

slap a bitch with the back of the pump, I ain't never had a problem with giving bitches the

business", "Pop bitches in the eye, like I finished my spinach", "I don't give a fuck who *you*

*bodied on tape*", "Cause when I seen her, she was shaking in her boots", "When Nicki came

through, she was throwing up the deuce", "Slapped her, then I asked her what's my name." In

those statements, Nicki Minaj made several false allegations against Rose. Nicki Minaj alleged

that she had a physical altercation with Rose and accused Rose of being promiscuous. Nicki

Minaj also falsely alleged that Rose had a sex tape and/or participated in porn. Then she went on

to brag about stealing Rose's PT Cruiser, on information and belief, (possibly during extended errand runs with DJ Cutmaster C), which Rose was not aware of until she heard these lyrics in June 2022.

76. Sources familiar with the matter confirmed that Drake admitted that Nicki Minaj intentionally sabotaged Rose through the unauthorized footage and that he and Nicki Minaj leveraged the unauthorized release of the Come Up DVD footage over the years as the basis of their malicious accusations and smear campaigns against Rose, knowingly making false accusations of Rose being a stripper to "humble" her.

77. In an Instagram post on July 21, 2023, Drake bragged, "The stupidity mixed with a lack of humility got the bars writing themselves kid…*I gotta admit*…the most cut throat game in the world is turning into easy biz."

**Life After Monza: Rose Settles In New York City**

78. By late Summer 2008, Rose Celestin began going back and forth between Arkansas and New York, living at Monza, her cousins' house in Jamaica Estates, NY, and her home in Pine Bluff, Arkansas. While visiting her home in Arkansas, Rose Celestin continued working part time at UAPB and Tyson Foods. While living in NYC alternating between her cousins' house in Queens and in Swizz Beatz's studio, Rose voluntarily worked at a dog-sitting company with one of Swizz Beatz's producers, Jose Gonzalez, and at Footlocker with Jay-Z's nephew, "Spank". Rose had always had a strong work ethic, never relied on her connections in the music industry to get ahead, and always worked even when she didn't need to. This goes back to Rose's upbringing and her parent's relentless pursuit of Rose achieving academic and professional excellence.

79. In January 2009, Rose permanently settled in NYC to begin attending university and consistently lived in NYC with few and far between visits to Los Angeles to work on music with 1500 or Nothin' and other players in the west coast music industry. While enrolled in university, Rose at her own conviction, became increasingly focused on her studies with the intention of going to

medical school. Rose was heavily involved in biomedical research and flourished as a pre-med student.

80. Meanwhile, as Rose was beginning university in 2009, Drake and Nicki Minaj signed a record deal with Cash Money Records/Universal Motown/UMG and Cash Money Records/Universal Republic/ UMG, respectively, through Lil Wayne's imprint label, Young Money.

81. Unbeknownst to Rose, Nicki Minaj, released the original "Beam Me Up Scotty" mixtape in April 2009, still perpetuating imaginary beef against Rose.

82. In "Itty Bitty Piggy", released by Nicki Minaj on April 18, 2009, Nicki Minaj stated, "<u>When you was in New York, *you was fuckin' a Yankee*</u>," claiming to have inside knowledge into Rose's sex life, though the two had never met. It is not clear to Rose who exactly the "Yankee" Nicki Minaj referred to in the song. But because of Rose's close ties to Jay-Z, Swizz Beatz, and other major players in the music industry, that line has caused Rose to be labeled as a "glorified side chick" in the music industry, according to sources familiar with the matter — a false rumor that has caused Rose shame, humiliation, and ridicule in recent years.

83. In "Envy", released by Nicki Minaj on April 18, 2009, Nicki Minaj stated, "<u>Envy, all they do is envy</u>", "<u>Envy, why would they offend me? Why they go against me?</u>", "<u>Why they wanna curse me, curse me, curse me?</u>", "<u>Why is it that they make Nicki a target? Just 'cause this lil' piggy went to the market</u>", "<u>Marketing steps, *they marketed sex*</u>". In those lyrics, Nicki Minaj accused Rose and her group member of "marketing sex" when in fact, Nicki Minaj, on information and belief, stole 3PM's professional photos and created sex ads on Craigslist with DJ Cutmaster C, without them knowing to defame them and damage their reputations and images. The lyrics in this song are reverse psychology to conceal the fact that it is Nicki Minaj, instead, who is and has always been envious of Rose and her group.

84. In "Can Anybody Hear Me?", released by Nicki Minaj on April 18, 2009, Nicki Minaj stated, "<u>*you was writing disses*</u>", "<u>if we was in the second grade, then you would tease me</u>", "<u>ya see, you still a lil snotty-nose hood rat</u>", "<u>I love Nicki scribbled all over your book bag</u>".

85. Like something one would see in a psychological thriller, Nicki Minaj's creepy obsession over Rose radiates strongly in her lyrics and should be cause for psychiatric evaluation as Nicki Minaj has alluded to spying on and stalking Rose for many years, expressing envy and disdain towards Rose even when she was a minor.

86. There is a 6-year age gap between Rose and Nicki Minaj. Fast forward to present time, Nicki Minaj willingly and knowingly married a registered sex offender and felon convicted of rape, not too long after her brother made headline news for going to prison for molestation of a minor.

87. Why was Nicki Minaj so morbidly consumed with a young teen she had never met?

**Rise To Fame: Young Money, Cash Money Billionaires (YMCMB)**

88. During the early days of their careers as a major recording artist, Drake and Nicki Minaj quickly amassed critical-acclaim and widespread success in 2009 with the help of Cash Money Records through its distribution deal with UMG. Often appearing as features on other major artist records and being heavily endorsed by industry heavy-weight, Lil Wayne, Nicki Minaj infiltrated mainstream outlets with her signature wigs and eccentric rap style, quickly becoming a household name. Likewise, Drake, famous Degrassi alum, ruffled hip-hop feathers with his well-received release of the mixtape, So Far Gone, in 2009. No longer seen as "wheelchair Jimmy", Drake successfully poised himself as a legitimate heavy-hitting contender in the music industry, rapidly growing a huge fan following in so little time.

**Nicki Minaj's History of Anti-Competition and Prejudice Against Black Women**

89. As Nicki Minaj started to become famous, she quickly began boasting in her rapid success, often touting her awards, accolades, and record-breaking achievements to position herself as the best female rapper in the music industry. However, Nicki Minaj's accomplishments by and large stemmed from the huge disparity of female rappers, whereby sole default, Nicki Minaj was able to garner such results for an entire decade. On information and belief, Nicki Minaj's game

winning strategy was to monopolize female rap by intentionally restricting competition. Reveling in her newly amassed power and influence, Nicki Minaj, on information and belief, would often abuse her power to bully and blacklist other female rappers and women in the industry, interfering with their abilities to have a successful music career.

90. Examples of Nicki Minaj's anti-competitive tactics that were made public are when in June 2017, singer K. Michelle went on record in a Twitter (now X) statement about Nicki Minaj, stating, "*It was the title track of my album, I was told 2not say anything out of fear of politics. I just sat back & listened, & said watch god handle it*", when Nicki Minaj abused her power to steal K. Michelle's title track for her upcoming album and silenced K. Michelle from speaking up, simply because Nicki Minaj was insecure about K. Michelle's working relationship with her then boyfriend, rapper Meek Mill. Then in September 2018, rapper Cardi B went on record in an Instagram statement referring to Nicki Minaj, stating, "*I've let a lot of shit slide! I let you sneak diss me, I let you lie on me, I let you attempt to stop my bags, fuck up the way I eat! You've threaten other artists in the industry, told them if they work with me you'll stop fucking with them!! I let you talk big shit about me!!*"

91. But as Nicki Minaj's success took root and began to firmly establish, Rose was also blossoming in her own respect. Unknowingly a key target and victim of Nicki Minaj's maniacal obsession with destroying her, Rose was quite popular in college where she made many friends, often went shopping and out to dinners with her circle of friends, hung out at the library often with her study groups, and all around lived a fun college life. Rose's time in New York were the best years of her life. Determined to go to medical school, Rose was awarded research grants and stipends for her undergraduate research on "The Chemistry and Pharmacology of *Rauwolfia serpentina* and Its Application to Hypertension" and "Enzyme Replacement Therapy for Fabry's Disease through the Expression and Characterization of Recombinant Human alpha-Galactosidase A, Generated in *Pichia pastoris*". Rose also tutored chemistry students and worked part time at the Spitzer School

of Architecture at the City College of New York ("CCNY") as Assistant to the Director of Operations.

92. Yet, no matter how much Rose was committed to her studies, music was always calling her name. Rose was friends with Aaron Reid, son of music mogul, L.A. Reid, and Richard Hilfiger ("Rich"), son of fashion mogul, Tommy Hilfiger through Rose's connections to Jay-Z and Swizz Beatz, respectively. Jay-Z was a high-ranking executive at Island Def Jam alongside L.A. Reid, while Swizz Beatz and Tommy Hilfiger were next door neighbors and good friends. The group of friends, along with Avery Chambliss of The Individualz, often walked to bodegas together in the heart of Times Square to grab a quick bite to eat, hung out and joked around a lot, and worked on music at Premier and Quad Studios. Often frequenting those studios on a nearly daily basis, Rose had encountered and forged relationships with many established artists and celebrities who always kindly greeted Rose and treated her with respect whenever she crossed paths with them. Rose had somewhat of a reserved, yet inviting personality and people always naturally gravitated towards her, allowing her to effectively network and build relationships. For example, Rose was at one point roughly associated with Cinematic Music Group, an independent record label founded by Johnny Shapiro ("Johnny Shipes" or "Shipes"), who had rented out Studio E in Priemer Studios for a long period of time, just off the strength of Rose becoming friends with the label's recording engineer, "Heirowayne", and budding hip hop artist at the time, Joey Badass.

93. Throughout Rose's many interactions and encounters with celebrities during her frequent visits to Premier, Quad, and other studios in NYC and LA, Rose never crossed paths with Nicki Minaj. From Rose's perspective, Nicki Minaj was just one of many celebrities who had risen to fame. By the time of Nicki Minaj's widespread fame, Fendi was no longer a factor in Nicki Minaj's career and her association with Fendi and the Come Up DVD was not widely known.

94. Therefore, Rose, like many other music consumers, was first introduced to Nicki Minaj through the hit single, "Bed Rock ft. Lloyd" in November 2009, and she did not connect the lines between Fendi, Nicki Minaj, and the Come Up DVD.

**Nicki Minaj's Obsession with Rose Celestin Escalates in Massive, Global Proportions**

95. On the other hand, Nicki Minaj was still hell-bent on taking Rose down for reasons beyond Rose's comprehension. Now, with the backing of Drake, Lil' Wayne, Cash Money Records, and UMG, Nicki Minaj's smear campaign against Rose had a massive, global platform.

96. In "Blazin (Pink Friday)" released globally by Nicki Minaj, Cash Money Records, Universal Republic, and UMG on November 19, 2010, Nicki Minaj stated, "Go against me now, I dare you, Bambi", "Hope you can take the heat like LeBron", "Your game over, bitch, Gatorade, wet towel", "As long *as I am in the game, you'll never win*", threatening to abuse her newfound power and influence to suppress Rose from ever gaining widespread success.

97. In "Did It On 'Em (Pink Friday) released globally by Nicki Minaj, Cash Money Records, Universal Republic, and UMG on April 7, 2011, Nicki Minaj stated, "and we ain't making up, I don't need a mediator, just let them bums blow steam, radiator", "You crazy, stupid, ugly, monkey-looking bitches", "Gave the bitch a ride, got the Continental dusty", "Bitch talk slick, I'ma have to terminate her, these little nappy-headed hoes need a perminator", "You used to be here, now you're gone, Nair".

98. In "Free Spirit" and Club Paradise released globally by Drake, Cash Money Records, and UMG on September 10, 2011, Drake stated, "***voodoo child*** to my new hoes" and "they say that all your old girls got somebody new I said, "Damn, really? ***Even Rosemary***?", respectively.

99. Then on October 14, 2011, on "Round of Applause" Drake stated, "She could've paid tuition five times, ***still stripping***." Sources familiar to the matter confirmed that Drake often brags to his peers around the industry about how those lyrics are directed towards Rose, while spreading false rumors around the industry claiming that he's secretly dated Rose on an off for many years and that they originally met in a strip club, painting Rose as a former stripper.

100.     In "Practice" released globally by Drake, Cash Money Records, and UMG on November 15, 2011, Drake stated, "I can tell that money's got you working, we've been talking for so long, now we're finally here in person, I taste pain and regret in your sweat".

101.     Rose has never met Drake personally. Her only direct connection to Drake is through her friendship with Vinylz, an original member of Swizz Beatz's production team, The Individualz, which he later left to join Drake's OVO label in late 2009.

102.     On information and belief, Nicki Minaj reeled Drake in to willingly participate in her smear campaign against Rose in order to multiply the damage towards her through their combined forces.

103.     In "Dance (A$$) ft. Nicki Minaj, released on September 20, 2011, Nicki Minaj stated, "Only time you on the net is when you *Google my ass*", referring to her earlier act of sabotage against Rose when the Google search engine was flooded with pictures of Rose's butt, following the unauthorized release of the Come Up DVD footage.

104.     Nicki Minaj, who had now risen to global scale, was heavily perpetuating and promoting false narratives about Rose, expressing racism, colorism, and antisemitism throughout her lyrics. Those forms of free speech of flagrantly low First Amendment value and fighting words towards Rose have been left unchecked and condoned by Cash Money Records, Republic Records, and UMG for many years.

105.     In "Roman In Moscow" released globally by Nicki Minaj, Cash Money Records, Universal Republic, and UMG on December 2, 2011, Nicki Minaj stated, "by the time you start buzzin, bitch you gon have white hair", "these bitches should be worshippin me in the synagogue", "I'm a racist, I'm a bigot", "Roman's back, bitch I fucked up your life last year this time, remember that?" continuing to target Rose, who is Jewish, now on her second studio album, "Roman Holiday".

106.     In "Roman Holiday", "HOV Lane", "I Am Your Leader", "Hell Yea (Pink Friday: Roman Reloaded The Re-Up)", I Endorse These Strippers (Pink Friday: Roman Reloaded The

Re-Up)", Nicki Minaj continued to make antisemitic and defamatory statements about Rose being a stripper with statements such as, "worship the queen and you might could pass", "sign of the cross, cause this is her last supper", and "*big booty strippers*, I'm tippin, all these bitches my sons Ima get em a nanny, fuck you, *porn star*".

107.     In "The Boys ft. Cassie", released on September 13, 2012, Nicki Minaj stated, "you'll never be Jordan you couldn't even be Pippen, you couldn't even be tripping, you can't afford a vacation, *I'm out in Haiti with the Haitians*" in reference to Rose, who is of Haitian American heritage.

**Nicki Minaj's Public Relationship with Rapper Meek Mill**

108.     Nicki Minaj, on information and belief, had also long recruited Meek Mill in her plans to defame Rose's character and sabotage her life with premeditated lies and smears in the early stages of her career. Nicki Minaj, on information and belief, had somehow convinced herself that Meek Mill and Rose had been dating on and off over the years.

109.     That is an example of how Nicki Minaj was intent on suppressing any and all potential opportunities for Rose to achieve any type of financial advantage or success in the music industry, even on the basis of imaginary suspicions that she conceived herself.

110.     Successfully convincing Meek Mill, on information and belief, to join her on her plot to shred Rose into pieces, Meek Mill released "Rose Red" on all major platforms on August 25, 2010. The lyrics stated, "I said my chick look like a barbie, closet Ferrari", "I throw like 50 on your head that'll bedrock em", "Ro-r-ro-r-rose", "When I tell her suck my dick I say make sure you do it sloppy, if she don't sucky sucky then we don't fucky fucky", "Ro-r-ro-r-rose", "And she always on my dick before I met or even knew her, said I passed her to the team I ain't see that ho again", "Ro-r-ro-r-rose".

111.     Rose first discovered "Rose Red" in October 2021.

112.     Oblivious to "Rose Red" and Meek Mill's secret animosity against Rose over the years,

Rose was introduced to Meek Mill and met him personally for the first time at Quad Studios in

early 2013. At the time of the introduction, Meek Mill did not want to shake Rose's hand as they

were being introduced to each other by their respective parties. Meek Mill also declined to listen

to Rose's beats for consideration and placement on his upcoming mixtape at the time,

"Dreamchasers 3", hosted by DJ Drama. That was the first encounter that Rose had ever had with

a celebrity where she wasn't warmly greeted. Despite Meek Mill's cold disposition towards her,

Rose did not take it to heart or think much of it and simply attributed that encounter to possibly

Rose not looking the part since she customarily wore conservative clothing. Rose had just come

from class and was given short notice to go to Quad to play beats for Meek Mill as he was at the

stage of finalizing the track list for his mixtape. Rose proceeded to sit in on the studio session

with Meek Mill, an A&R from Atlantic Records, and many members of Meek Mill's entourage.

Meek Mill played all the songs that would appear on the mixtape. After previewing the mixtape,

Meek Mill and his large entourage left Quad, while Rose and her friends, Avery Chambliss,

Aaron Reid, and Jimmy Iovine's nephew, "Jerry", went to the next room to work on music.

113.     Nicki Minaj, on information and belief, must have caught wind of Rose being at Meek

Mill's studio session because rumors of the two dating began circulating media platforms not

long after.

114.     To Rose's recollection, the track list did not originally include "I B On Dat ft. Nicki

Minaj" and "Dope Dealer ft. Nicki Minaj and Rick Ross".

115.     One day, in early summer 2013, Rose listened to "Dreamchasers 3" to see if she or any of

her friends had made it on the mixtape despite being involved at the last minute as he was

wrapping up the project. That was when Rose heard the Come Up DVD being mentioned for the

first time in many years on "I B On Dat", where Nicki Minaj stated, <u>"These bitches study my</u>

<u>style on the Come Up DVD</u>", and Meek Mill stated, <u>"Ass so fat I need a lap dance, these strippers</u>

<u>runnin to the pole when we back in</u>".

116.        However, Rose was not alarmed by those statements at the time and never had any reason

to realize that Meek Mill and Nicki Minaj were referring to her since she had never been a

stripper. And although Nicki Minaj mentioned the Come Up DVD, still, Rose was not able to

connect the dots at the time because from Rose's perspective, it was very plausible for Nicki

Minaj to have once appeared on the Come Up DVD along with many other underground niche

DVD platforms such as True Stories, Cocaine City, Smack DVD, etc. Additionally, Rose had

never marketed herself as a rapper. Therefore, those lyrics went right over Rose's head when she

heard the songs. But what Rose did observe, was that Meek Mill did not play those two songs

featuring Nicki Minaj during the studio session where he previewed the mixtape. Rose now

reasonably assumes that those songs were late additions to the final track list for "Dreamchasers

3" with the intent on attacking Rose with defamatory statements and accusing Rose of copying

her style because Nicki Minaj found out that she was involved with the project.

**Rose Celestin's Life After New York City**

117.        Meanwhile, Rose graduated from the City College of New York in June 2013 with a BS

in Biochemistry, but she took a slight detour and did not immediately go to medical school as she

originally planned. Instead, she moved back to Pine Bluff, Arkansas, where she began working

full-time at UAPB in August 2013, under the encouragement of her long-time boss and close

mentor. Rose had built an outstanding professional track record and was heavily engaged in the

professional supply chain community, where she began sitting on boards for trade associations

like the Institute for Supply Management in her mid-20s, while still being sparingly involved in

the music industry, writing songs, producing music, and starting a music licensing company, Hit

World Music Entertainment, LLC. All was well and Rose's future was very bright.

118.        Or so she thought.

119.        Still relentlessly targeting Rose in unprovoked verbal attacks and defamatory statements,

Nicki Minaj continued releasing songs directed towards Rose.

120.    In "Rich Friday DJ Clue ft. Nicki Minaj", released on August 16, 2013, Nicki Minaj

stated, "shout out to them bitches trying to be me", "bitches be fuckin' to get that money",

accusing Rose of performing sexual favors to get ahead in the music industry and harboring

resentment against Rose being involved with the "Dreamchasers 3" mixtape.

121.    In "305 To My City" released globally by Drake, Cash Money Records, Universal

Republic, and UMG on September 24, 2013, Drake stated, "at the end of the night when you

count numbers don't lie to my baby", "locker room full of money girl, you just did it I get it, I get

it", "down payment on the Jaguar your roommate got credit twelve months on the lease that's a

*come up*, baby, don't you ever forget it", "*you smart and you know it* I get it, I get it, *you outdo*

*these pimps*, I hope you don't fall, that's you on the top of the ceiling, *don't you ever forget bout*

*your story I get it, you did it, you did it*", "Oh lord, *we're not in Kansas anymore, we're not in*

*Kansas anymore*."

122.    "305 To My City" is probably the best example of Drake's blatant defamatory statements

against Rose and an indirect admission, on information and belief, of criminal espionage, while

also perpetuating the rumors that the two have been secretly dating on and off for years and that

Rose was a stripper.

123.    On information and belief, Drake subtly references the Come Up DVD, backhandedly

giving Rose a compliment for being smart and shrewd in navigating out of the situation when DJ

Cutmaster C attempted to pimp Rose out in 2007. He then mocked Rose with a pun on her being

from Arkansas, reminding her that she's "not down south anymore", just as the stranger in whom

DJ Cutmaster C tried to pimp Rose out to had told her in private.

124.    On information and belief, Rose believes that Nicki Minaj hacked the stranger's WIFI

while she was alone in the stranger's house to spy on Rose having sex with the stranger to later

use the footage of Rose being "bodied on tape" against her as part of her long-standing diabolical

scheme to bring absolute ruin and devastation to Rose's reputation. However, Rose, in her

shrewdness was able to "outdo these pimps" and foil Nicki Minaj's plan by refusing to engage in

prostitution. Seemingly impressed in a backhanded way, Drake gave Rose her props by stating, "don't you ever forget bout your story I get it, you did it, you did it".

125.     Rose reemphasizes that she has never met nor personally knows Drake or Nicki Minaj, has never been a stripper, and she has never disclosed the details of her encounter with the stranger to anyone. The only way Drake could have had that intel on Rose is through espionage.

**Rose Celestin's LLC: Hit World Music Entertainment**

126.     Continuing to mind her own business, oblivious to Nicki Minaj's, and now Drake's, continuous defamatory attacks and alleged criminal activities, Rose was still flourishing in Arkansas as a seasoned procurement and supply chain leader while also pouring more into her music licensing company, Hit World Music Entertainment, LLC. In early 2014, Rose began exploring ways to expand her business to develop different revenue streams. She began strategizing the business model for hitworldmusic.com, an exclusive platform giving the everyday consumer the ability to purchase industry-grade beats and instrumentals directly from established and critically acclaimed music producers at affordable, yet competitive prices. Rose intended to leverage her music industry connections to recruit an all-star lineup of the industry's most elite music producers, while also leveraging the website to break exclusive headline stories in music. Thus, the new multiplatform website would be monetized into three distinct revenue streams: music licenses, ads, and content distribution.

127.     Rose had met Chaz Morgan, a Chicago-based graphic designer who designed album covers for many major artists, in 2014. Coincidentally, Chaz Morgan was Meek Mill's go-to graphic designer for most, if not all, of Meek Mill's studio albums and mixtapes. Rose and Chaz were great friends. They spoke to each other very frequently, brainstormed ideas together, talked about ways to join forces to collaborate on each other's companies, and were regularly engaged with each other's Instagram profiles.

128.     But what Rose didn't know, was that on April 8, 2014, Nicki Minaj released a song

featuring Chicago-based rapper, G Herbo. In the song, Nicki Minaj stated, "they suckin dick like

it's band camp", "got a big house, I can play some tennis", alluding to, on information and belief,

Rose's growing business relationship with Chaz, falsely accusing Rose of performing sexual

favors to get ahead, and referring to Rose's history as a tennis player. Rose played varsity tennis

in high school and took up tennis again as a frequent hobby when she moved back to Arkansas in

2013. There was no way for Nicki Minaj to know this detail of Rose's private life. Rose

reasonably deduces, that Nicki Minaj used means of espionage to acquire that intel.

129.     Additionally, Rose and Chaz had never been sexually involved with each other.

130.     Later that year, Nicki Minaj released "Win Again (The PinkPrint)" on December 15,

2014. In the song, she stated, "You better just watch your nigga, ho, I'm in that big boy",

"Bitches ain't got drive, these bitches will get repo'd", alluding to, on information and belief,

Nicki Minaj threatening to intentionally interfere with Rose's prospective collaboration with

Chaz on a business idea they had privately discussed to expand Rose's business.

131.     Then, one day, around mid-2015, Chaz suddenly and without notice ended all

communication with Rose. In addition to that, Chaz would then engage in unprovoked

cyberbullying and created a fake love-triangle between himself and a girl he had started dating.

There was no rhyme or reason as to why Chaz began causing shame, humiliation, and ridicule

towards Rose. One day they were great friends, and the next day they were enemies. Because

Rose and Chaz were great friends with no prior issues with each other, Rose attempted to contact

Chaz on several occasions to understand why things had changed abruptly and began going

downhill so rapidly. Chaz blocked Rose's number and on Instagram. They've never reconciled.

**Rose Celestin's Flourishing Professional Career**

132.     Through the remainder of 2015 through 2017, Rose traveled frequently on official

university capacity, forged amazing professional relationships, and expanded her peer group and

mentors. Rose was rapidly fast-tracked to Director of Procurement and Business Affairs at UAPB in just a few short years, after her longtime boss and close mentor retired from the company. She was promoted into the role on January 1, 2017. Rose was also appointed by Tom Derry, CEO of the Institute for Supply Management (ISM), a renowned trade association for supply chain management, to serve on ISM's Thought Leadership Council, a multi-industry advisory board of executives and senior leaders. Rose had an outstanding resume and professional track record that she built herself from the ground up, and many were impressed with Rose's strong work ethic. Rose had also moved out of her parent's house late 2015 into a luxury community in Maumelle, Arkansas, about 45 minutes outside of Pine Bluff. When Rose wasn't business traveling or putting her best foot forward at UAPB, she continued working on her company, pitching her business ideas to many of her connections in the music industry. Rose was an all-around "rock-star" in her professional life and often captured those high moments on her Instagram page, which showcased many photos and videos of her staying at nice hotels, having fancy dinners, and sitting in on executive meetings.

133.     Still, an unknowing victim of Nicki Minaj's deranged obsession over her, Nicki Minaj continued to publicly antagonize Rose, planting seeds of defamation against Rose throughout her entire music career and continually interfering with Rose's ability to sustain financial gain by all means necessary.

134.     On February 24, 2017, approximately one month after Rose was promoted to Director of Procurement and Business Affairs at UAPB, "Make Love" by Gucci Mane ft. Nicki Minaj was released on all major platforms. In the song, Nicki Minaj stated, "First I'ma scorch her, then I'ma torch her, then *I'ma off her*", "Everybody know you jealous, bitch it's so clear", "Tell them bum ass bitches to play their role", "*Your career gon' be with Anna Nicole* witcha dumbass face", "Text her man like, 'dawg how that bum ass taste?'", "*Pay your rent! And stay in your bum ass place*". Because of Rose's frequent travel, she never purchased furniture throughout the entire time she lived in Maumelle, AR in a luxury community. So not only did Nicki Minaj threatened

to ruin Rose's professional career, but she also publicly exposed, on information and belief, details about Rose paying rent in a "bum ass place", a pun for Rose not having furniture in her apartment. Again, Rose does not know Nicki Minaj personally and never invited anyone to her apartment. The only way for Nicki Minaj to know that detail would be through unlawful surveillance, or simply, espionage.

135.     Likewise, Drake also released "Sacrifices ft. Young Thug and 2 Chainz a month later on March 16, 2017, expressing his unprovoked animosity towards Rose while falsely perpetuating that the two knew each other personally. In the song, the following statements were made, Drake – "She complainin' how I'm late, I ain't know it was a date", **"Like a kiss from a Rose I could be the one to seal your whole fate,** so be careful what you think, think about what you gon' say". Young Thug – "Double R, that's a Rolls, paint it yellow like it's dairy, **I'm talkin' Rose** like it's dairy, **I'm talkin' Rose** like Derrick, I'm talkin' rolls like a belly."

**Rose Celestin's LLC Endorsed by Roc96, RocNation, and Mass Appeal**

136.     As Rose continued thriving in her professional career, her music licensing business was slowly gaining traction across the music licensing arm of the company, where she was still recruiting for an all-star producer lineup, in preparation for her website relaunch. In late 2016, Rose had reached out to Kareem Burke ("Biggs"), founder of Roc96, cofounder of Roc-a-fella Records, and a long-time close friend and business associate of Jay-Z. Biggs was immediately intrigued by the business model and expressed interest in collaborating with Rose to launch a Hit World x Roc96 partnership.

137.     Still nurturing her business relationship with Biggs in anticipation for the website relaunch, Rose also took it a step further and hired longtime friend Francisco Ubiera ("Buda"), along with Danny Garcia ("Grandz") and Francisco Rivera as Chief Creative Officer/Director of A&R, Chief Creative Officer/Content Director, and Chief Marketing Officer, respectively, in 2017. Through Rose's new team, she not only had the backing of Biggs and Roc96, but also

RocNation, Def Jam Recordings, and Mass Appeal Records. Rose then brought on rappers Nas, who was already familiar with and previously supported Rose's company, and Dave East, Nas' protégé, as brand ambassadors for the company.

138.    On "Nas Album Done", released on DJ Khaled's *Major Key* album on July 29, 2016, Nas stated, "I told her she smart and loyal, I like that, that's a major key", "Start a label, run it, sign yourself, that's a major key", a complimentary nod, showing support of Rose's music licensing company, Hit World Music Entertainment. Additionally, negotiations were well underway with some of the industry's elite music producers, who Buda had leveraged his connections to help recruit as Director of A&R/Chief Creative Officer. With the amount of backing and support she had leveraged through her peer network, Rose's website relaunch was guaranteed to be a massive success.

139.    Or so she thought.

## Nicki Minaj's Public Relationship with Rapper Nas

140.    Nicki Minaj's relationship with Meek Mill took a turn for the worst and eventually came to an end in January 2017, according to media sources. However, by May 2017, photos of Nas and Nicki Minaj wearing matching chains at an intimate dinner began circulating the web sparking relationship rumors, with speculation that the two were already growing close months prior, according to sources familiar with the matter.

141.    On information and belief, Nicki Minaj's relationship with Nas was done in artifice to derail Rose's company. Because not long after the seven short months Nicki Minaj dated Nas, Rose's company began to unravel, slowly but surely.

## Roc96, RocNation, and Mass Appeal Partnerships Go Sour

142.    With the website relaunch drawing near, Rose was still struggling to finalize negotiations with producers to secure 70/30 deals, even with Buda's strong ties to many of the producers who

had assured him that they were interested and heavily considering the deals, as well as him leveraging his company, Steel Sessions. However, one by one, each producer Rose and Buda had engaged began to back out, expressing hesitation in closing the 70/30 deals. Rose was caught off guard by that and couldn't understand at the time, why everyone had changed their minds so suddenly. One day, they were enthralled and ready to come onboard, the next day, "let me get back with you on that". The dynamics quickly shifted. At first, the producers would immediately return her calls or respond to her emails. But overtime, they became increasingly slow to respond to Rose's follow-ups, until finally, each producer ghosted Rose and never responded to her ever again. On Buda's end, his recruits backed out as well.

143.     On June 2, 2017, Nicki Minaj was featured on Yo Gotti's "Rake It Up", where Yo Gotti made the statement, "I made love to a stripper, first I had to tip her", while Nicki Minaj stated, "**_Never trust a big butt and a smile, word to Ronnie_**". Rose has never been sexually involved with Yo Gotti, rapper and founder of the independent record label, CMG (not to be confused with Cinematic Music Group). And they never met at a strip club, but instead, at Premier Studios in NYC. Rose, who first discovered the song in June 2022, cannot understand why Yo Gotti would go along with Nicki Minaj's smear campaign and help her perpetuate the false allegation that Rose was a stripper in her past life.

144.     Rose and Buda continued with their efforts, but by 2018, Hit World Music Entertainment, LLC was no longer sustainable as they struggled to secure producers for the platform. Not seeing any results, Biggs, Nas, and Dave East, backed out as well. The company was projected to make approximately $3.6 million the first year from just music licenses alone, with a producer line-up of just ten producers. That figure doesn't include the projected earnings for ad and content revenue. Based on proof of concept, the company was projected to bring in music licensing revenue in excess of $10 million by year three, not including ad and content revenue.

145.     On August 10, 2018, Nicki Minaj released "LLC" where she bragged, "I just took her name and made that bitch a LLC, stuff a couple stacks up in there, bitch, get on your feet, you'd

make twice as much if you switch it up, just to see", "You bit the forbidden fruit you thought you'd get my spot? Who the fuck was kidding you?"

146.     In "Chun Swae", released on August 10, 2018, Nicki Minaj stated, "What? Why of course, Barbie tipping, I endorse, Barbie stripping", "With the itty bitty bitty bitch crew". In "Sir ft. Future", released on August 10, 2018, Nicki Minaj stated, "Said she was better than me, what a prankster", "them bum bitches ain't allowed, sir." And in "Ganja Burn", released on August 10, 2018, Nicki Minaj stated, "I straighten all these bitches out with one perm", "they done went to **witch doctors** to bury the Barbie". On information and belief, Nicki Minaj has also used Rose's Haitian American heritage against her, creating rumors that Rose is involved with witch doctors and voodoo, according to sources familiar with the matter. In "Transformer – Future ft. Nicki Minaj" released on October 19, 2018, Nicki Minaj bragged, "They ain't warn her, now she out here facing karma", "Had a chance, but got at me now she's a goner", "**I'm stopping bags** and I don't need a red octagon."

**Rose Celestin Leaves UAPB**

147.     On the other hand, Rose's professional career, for the most part, was still thriving. Often working on weekends and after hours, Rose's strong ethic, going above and beyond and often working overtime, did not go unnoticed. Impressed by Rose's consistent results, UAPB's leadership team offered to increase Rose's salary in July 2017. Initially, Rose recommended an increase that would put her above six figures, however, being a public-funded institution, the leadership team was reluctant to do so. Rose then countered with a figure that was mutually agreed upon, including retroactive pay. Happy with the outcome, Rose rewarded herself by purchasing a Mercedes Benz CLA 250 in October 2017. However, shortly after, the leadership team reneged for no apparent reason by lowering Rose's new salary. Rose felt bamboozled and disrespected by that and felt that the university had done that in bad taste. That was a pivotal

moment for Rose that altered her view of the company that she had once loved and worked for since she was 14.

148.    By March 2018, Rose announced that she would be resigning from UAPB in May 2018, as a result of her being disappointed in the way her new salary was handled. Rose had then reached out to her professional network and piqued the interest of a few companies. Rose had considered a few executive-level roles, but because she had spent her entire professional career working for UAPB, a small HBCU, with low spend volume compared to other companies, Rose eventually settled on a company in Laurel, Maryland that would allow her to expand her category management skills beyond basic indirect procurement categories as a Sr. Strategic Sourcing Lead.

149.    Meanwhile, on April 6, 2018, Drake released "Nice For What", where he stated, "I know shorty and she doesn't want no slow song, had a man last year life goes on, haven't let that thing loose girl in so long, you've been inside know you like to lay low, *I've been peepin what you bringing to the table*, working hard girl, everything paid for, first-last, phone bill, car note, cable", "*You got a baby Benz*, you got some bad friends, high school pics, you was even bad then, you ain't stressing off no lover in the past tense, you already had them, *work at 8am, finish round five, hoes talk down, you don't see them outside*, yea, *they don't really be the same offline, you know dark days, you know hard times, doin overtime for the last month*". Sources familiar with the matter confirmed that Drake admitted to them that he was referring to Rose in "Nice for What". However, being that the two have never met or known each other personally, there was no way for Drake to have knowledge of Rose's work activities unless through means of espionage in order to have been "peeping what [Rose was] bringing to the table."

150.    Drake, who at the time of that song was at odds with Nicki Minaj due to her relationship with Meek Mill, had a different spin on Rose by uplifting her as a reputable professional. That demonstrates that when Nicki Minaj wasn't in the picture, he had a positive perception of Rose, able to think for himself, and form his own opinions. Referring to Nicki Minaj, he stated, "hoes talk down, you don't see them outside, they don't really be the same offline, you know dark days,

you know hard times," alluding to Nicki Minaj's extensive history of verbal attacks, smear campaigns, defamation, and interference of prospective economic advantage against Rose.

**Rose In The DMV**

151.     By 2019, Rose was fully settled in the DMV area, with her professional career still thriving. One night, Rose was hanging out with a friend, "KJ", who at the time sponsored many celebrities, including Meek Mill. While hanging out, Rose was playing Meek Mill's "Wins and Losses" album on repeat in her Mercedes Benz, which prompted KJ to ask Rose if she knew Meek Mill. After Rose expressed that she only knew of him and was a fan of his songs, KJ, for some reason wasn't buying that. So, KJ then called Meek Mill on speaker phone while the two were still sitting in Rose's car. KJ wanted to confirm whether Meek Mill was involved with Rose in any way. On speaker phone, Meek Mill responded that he knew Rose, but was not dating her. Later that night, at a restaurant in Washington, DC, Nicki Minaj called KJ demanding him to send her a picture of who he was hanging out with. Nicki Minaj said "let me see what you're working with". Although KJ's phone was not on speaker phone, it was loud enough for Rose to hear some of the conversation. Aware that Nicki Minaj was on the phone, Rose told KJ she did not want her picture taken out of shyness. After talking for a few short minutes later, he hung up. KJ then asked Rose, "Do you know her?" Rose responded, "No." At that point in time, Rose was still unaware of Nicki Minaj's secret animosity towards her.

152.     Later that night, after receiving more phone calls, KJ then asked Rose to borrow her car. Not thinking much of it, Rose let him use her car while she stayed behind. At least two hours had passed and Rose was wondering what was taking him so long to come back with her car. Finally, he returned and the two continued to hang out. He then asked Rose if she wanted to accompany him to the BET Awards, which was taking place the next day. However, Rose declined his invitation since it was such short notice and the two eventually parted ways and went home.

**A Social Media Circus Ensues**

153.      Rose continued to excel in her new job as a Sr. Strategic Sourcing Lead at WSSC Water. She immediately began making a name for herself around the company, quickly establishing a positive track record and capturing the attention of the senior executive leadership team, including the CEO. Rose was well-liked by her peers, was often invited to and participated in company networking events, such as the company's annual Blue Tie Ball, and leadership workshops. Rose was, for the most part, a highly respected, top-performing employee at WSSC Water.

154.      Her personal life, on the other hand, had suddenly become the butt of social media jokes beginning summer 2019. Rumors of a purported 10-year on and off relationship between Meek Mill and Rose were circulated around the industry. Meek Mill, through his Instagram and Twitter pages, then leveraged the rumors to partake in forms of cyberbullying, bringing shame, humiliation, and ridicule to Rose. If that wasn't enough, The Shaderoom, a popular gossip blog, would then post strikingly accurate subliminal jokes that, within the music industry, were understood to be directed at Rose and her personal life.

**Rose Celestin Begins to Suspect Espionage**

155.      Rose began to become highly suspicious of her being illegally watched. While the social media circus ensued, in the real world, indications of her being spied upon became increasingly apparent. A couple of weeks after Rose let KJ use her car, it began to have a mind of its own. The blinkers would suddenly turn on by themselves, even if the ignition wasn't on, causing the car's battery to die frequently and needing to have a jumpstart almost every other day. If it wasn't the blinkers, then the horn would just begin blowing on its own without it being touched, requiring Rose to immediately turn her car off and leave it off until the horn eventually stopped. That happened in an unpredictable manner. If it wasn't the horn acting up, then the car simply would not start. When Rose took her car to the dealership, the mechanics could find nothing wrong with

it, and the problems would not appear while the car was being checked. But when the car wasn't at the dealership, the problems would resume.

156.     Rose's car, on information and belief, was bugged, causing the electrical system to have issues. Rose came to this conclusion when Meek Mill posted to his Instagram story lyrics recounting a time when he found out a tracker had been placed on his car after he let someone use it. Immediately, Rose understood that to mean that her car was compromised. The car eventually became defunct as the electrical system completely failed. Still owing money on the car, but unable to use it, Rose had no choice but to give up on the vehicle, leading to its repossession in early 2021.

157.     After deducing that her car had been compromised, Rose's suspicions of her being spied upon intensified due to a series of recurring *coincidences*. For example, upon entering her shower each morning, her bathroom lights would quickly flicker. Or, while on the phone, Rose would hear clicking noises or dial tone noises as if someone were pressing buttons. Or, one day, as Rose vividly recalls, she was in her bathroom on the toilet and noticed brownish liquid in her underwear, which usually indicated that her period was about to start and would eventually turn bright red, consistent with the color of blood, by the next day. Rose then took the underwear off and threw it on the floor of her bathroom, before she took a shower. After she got out of the shower and got dressed, Rose was on social media viewing Meek Mill's stories, when Rose noticed that Meek Mill was posting memes about women who had stinky vaginas and bad hygiene. That was a strong *coincidence*, in Rose's mind. Still, not usually paranoid, nor an irrational person, and not knowing anything about hacking WIFI, Rose thought to herself that it must have been impossible for Meek Mill to be referring to Rose, especially since the two have never been involved with each other.

158.     The jokes about Rose's finances, personal hygiene, and Meek Mill's cyberbullying antics were posted on The Shaderoom on a more frequent basis. To the general public, they were just

random jokes, but within the music industry, the jokes were known to be about and directed towards Rose.

159.     Nicki Minaj, on information and belief, had reconciled with Meek Mill for the sole purpose of pitting him against Rose through cyberbullying. It was confirmed that the two had reconciled when Nicki Minaj appeared on Meek Mill's, "Free Meek" documentary that year.

**Nicki Minaj On Instagram: "S/O To #BlackGirlTragic"**

160.     By Summer 2019, Rose became aware of Nicki Minaj's animosity towards her. However, Rose was under the impression that Nicki Minaj's animosity stemmed from the rumors of a 10-year purported relationship between Meek Mill and Rose. It was understandable to Rose why Nicki Minaj would be angry with her if there was a possibility that Rose and Meek Mill were secretly dating on the side while Meek Mill was in a public relationship with Nicki Minaj.

161.     Rose did not become aware of the full extent of Nicki Minaj's maniacal animosity towards her until around the time Nicki Minaj had re-released the Beam Me Up Scotty mixtape.

162.     On August 11, 2019, Nicki Minaj posted to her Instagram page, "S/O to #BlackGirlTragic I mean black girl magic. Never forget there r 7 billion ppl in the world but u choose to interrupt ur important life to go on another black girl page to project your own insecurities." Sources familiar with the matter confirm that the caption was directed at Rose. Then on August 16, 2019, Nicki Minaj appeared on The Joe Budden Podcast Episode 271, where she made the following statements referring to Rose, "***I've been bullied for 12 years straight***. Have you been bullied for 12 years straight?" She went on to explain "***#BlackGirlTragic*** and it's black bitches that do it the most. When you're insecure, you tell lies, you tell lies because you don't want others to shine based on their talent sometimes, so I am gonna tell the world, you know I always have the receipts to prove what I'm gonna say, always and that will never change. Those people came together to try to end me, and sweetheart [referring to Rose] before I get off this Insta, let me say this, it'll never fucking happen. You can go to every ***witch doctor*** in the

muthafuckin world, it'll never fucking happen praise be to god. I am who I am because I am who
I am."

163.     Joe Budden, astounded by the blatant lies in that statement, quickly corrected her by
saying, "***Nicki Minaj, you did not get bullied for 12 years straight! You have not been bullied
for 12 years straight! Bullied?! You're saying that to Joe Budden?!***" Despite attempting to use
reverse psychology tactics, Joe Budden refused to let Nicki Minaj gaslight him and his audience,
because in fact, it was the other way around. It was Nicki Minaj who had been bullying Rose for
12 years straight. Rose, who had discovered the podcast interview on June 29, 2022, and listened
to the podcast for the first time in its entirety on July 3, 2022, was taken aback by Nicki Minaj's
audacious lack of integrity in knowingly twisting the story to paint Rose as her antagonist when
in fact, Nicki Minaj had been the true inconspicuous villain in Rose's life for more than a decade.

**Drake: The Unexpected Villain**

164.     On July 26, 2019, "Gold Roses" by Drake ft. Rick Ross was released, where Drake
stated, "Do you love me or love seeking attention, I mean which one is it, you keep calling me ya
twin, but twins ain't this different." Sources familiar with the matter confirmed that the song was
directed towards Rose, with Drake referring to them sharing the same religious faith. The title of
the song is an anagram to Rose's nickname, Rose Gold.

165.     After releasing "Gold Roses", Drake then released his "Care Package" album, a body of
previous works over the years, the following month on August 2, 2019. Rose heard the lyrics to
"Free Spirit" and "Club Paradise" which contained references to her along with other songs on
the album. Then Rose went back and listened to "Nice for What" and other songs on his "Nothing
Was The Same" album. At that time, Rose did not know that Club Paradise was a strip club, thus,
all the stripper references went right over Rose's head because she wasn't or has never been a
stripper. Money, sex, drugs are common themes across many hip hop/rap songs, so Rose never
had any reason to think that the stripper and/or strip club references throughout Drake's bodies of

work were mostly about her. However, Rose was flattered with many of the lyrics that contained direct references to her such as in "Nice for What", "From Time", and more. They were also both Jewish. Therefore, Rose misunderstood his actions of re-releasing songs on his "Care Package" album to mean that he had had a long-time crush on Rose and was finally "shooting his shot".

166.       On January 1, 2020, Rose began sending Drake, cute and bubbly DMs to "shoot her shot" back to him. Rose did this on a daily basis for a few days, but noticed he wasn't responding to her DMs. So, she stopped sending him DMs on IG for the time being.

167.       Then, on January 10, 2020, Drake released "Desires" ft. Future. In the song, the two rappers stated the following: Future – " You got that fire and I'm not a liar, you had me down on my knees every day, had to talk with messiah", "I tried to pay all your loans off and cop you a driver", "I had you staying too close to the city, you acting too vulnerable living this life, I should've moved you away from Houston before I copped you all this ice." Drake – "Self-control has never been your thing don't think it'll help if there's a ring with a rock in it", "You come from a city where there's lean with the rocks in it", "How the fuck you keep so many secrets?", "Tickets to them places don't come cheap", "Whole lotta secrets friends don't keep safe", "I was too good to you, should've stayed solid."

168.       Upon hearing the song, Rose knew the song was about her because Future had referred to Rose's student loans and walking a lot when she lived in New York City. Aaron Reid, who is Rose's friend, became an A&R at Epic Records, who Future has a recording deal with. Rose, Aaron, and other friends would often walk to places nearby the studios they'd work out of in Manhattan. Future then expressed resentment for Rose "living too close to the city, acting too vulnerable living this life" assuming that because she was always near celebrities, that she was sleeping around with rappers. Sources familiar with the matter confirmed that Desires was indeed directed towards Rose. Drake also shared the same sentiment in the song. Rose originally mistook Drake's line "you come from a city where there's lean with the rocks in it" to mean that she was from Little Rock, Arkansas, which is the nearby capital city close to Pine Bluff. What Drake

really meant was that Rose was a stripper from Atlanta, Georgia, in reference to the song, "Lean Wit it, Rock Wit it" by Atlanta-based rap group, DEM Franchize Boyz, that she was suffering from a loathsome disease, and that she could not be trusted. Each of those allegations are false. That is why at that point, Rose still wasn't aware of the false allegations of her being a stripper floating around the industry.

169.      Then on February 15, 2020, "Life is Good" by Future ft. Drake was released, where Drake stated, "Working on the weekend like usual, way off in the deep end like usual, niggas swear they passed us, they doing too much, *haven't done my taxes*, I'm too turned up", "Manor house in ***Rosewood***, this shit too plush", "Say my days are numbered, but I keep waking up, know you see my texts, baby please say something, wine by the glass, your man a cheapskate, huh?" Sources familiar with the matter confirmed that Drake's verse on "Life is Good" was directed towards Rose, alluding to the fact that Rose would send Drake DMs on Instagram, but he never responded to them. Drake exposed that Rose had not done her taxes, information that he should not have known unless through means of espionage. Then Drake also alluded to the fact that when Rose had visited Copper Cove, a restaurant owned by a well-known promoter, while she was on a business trip in Atlanta, Rose had ordered several wines by the glass and posted her night on the town to her IG stories. However, Drake was under the impression that Rose was being courted by the restaurant owner and attempted to ridicule him for being a "cheapskate".

170.      Drake continued his targeted smear campaign against Rose with heightened intensity by disclosing to his peers around the industry that Rose was a stripper from Atlanta, Georgia, according to sources familiar with the matter.

171.      Meanwhile, Nicki Minaj, was featured on "Say So (Remix)" on May 1, 2020, where she stated, "With all them fillers in your face, you just full of hate", "That real ass ain't keep your nigga home now you looking silly, that's word to silicone", ridiculing Rose about Meek Mill knocking up his longtime business partner and publicly announcing that he was dating her at the time. Because there was a rumor floating around the industry that Rose and Meek Mill had been

involved with each other over a course of 10 years, Rose became the butt of social media jokes again, as it appeared that Meek Mill had cheated on Rose. But in fact, Rose and Meek Mill have never dated nor have they ever had sexual relations with each other. Nicki Minaj abused her platform to amplify the false allegation that Meek Mill had cheated on Rose and that she had face fillers.

172.        After more than a decade of her imagination running amuck, Nicki Minaj finally had Rose's attention. However, Rose was still oblivious of Nicki Minaj's long history of secret animosity towards her and thought that Nicki Minaj's attack in "Say So (Remix)" was her way of lashing out at the possibility that Rose could have been secretly dating Meek Mill while they were together.

**Rose Celestin's First Attempt to Sue**

173.        Not fully aware of the stripper allegations, Rose immediately began pursuing legal action and began shopping around for legal representation on Google. She then reached out to five different lawyers who appeared to specialize in defamation and cyberbullying.

174.        In September 2020, Rose sent the following message to lawyers, intending to sue Meek Mill and Drake separately:

175.        *"I would like to pursue legal action as a victim of defamation and cyberstalking by a high-profile individual and would like to sue this person for defamation of character and invasion of privacy. For added context, this person, who I do not personally know, has maliciously spread slander, illegally accessed accounts and private records, intercepted phone calls and emails, illegally accessed webcams, photos, and videos, has hacked my electronic devices to obtain personal, private, confidential, and financial information, and also monitors and keeps track of my locations and whereabouts, which compromises my safety, all without my consent. This person grossly and utterly assassinates my character, undermines my professional track record, discredits me as a young professional woman, has interfered with me gaining and keeping*

*professional opportunities, and has irreparably damaged my reputation, as well as personal and professional relationships through lies, slander, and information about me that are either untrue or accessed illegally. This person viciously alleges through slander and libel that my professional lifestyle is a complete façade, dishonestly takes credit for my accomplishments, falsely claims that he supports me financially in exchange for sexual favors and has made statements falsely accusing me of being a prostitute who targets high profile and wealthy men, when in fact, we do not know each other, and these claims are completely false and untrue.*"

176.     Rose was unsuccessful at acquiring legal representation because the lawyers stated that they could not help with the matter.

177.     Then on October 15, 2020, Drake was featured on Yung Bleu's "You're Mines Still", where Drake stated, "<u>Pretty have me giving more than I was getting, so if pretty don't come with something well then I dead it</u>", "<u>Ashamed to tell my friends how much I'd do for you cause they know that you would never do the same for me</u>", "<u>I wasn't looking for your secrets, they just came to me and they contradicted everything you claimed to be</u>", "<u>I took you to the club and you hugged on somebody that I know</u>", "<u>Down to do better cause you know I done enough</u>".

178.     Upon hearing the song, Rose took to her Instagram stories that night, with the response, "*@champagnepapi and @meekmill talk about me like they actually know me lol. How's that for contradictions. I'm up, never down. Y'all stay up too. Stop all that clout chasing. Can't keep beefing with strangers (heart emoji).*"

179.     Sources familiar with the matter confirmed that Drake projected Rose to be a woman of low value who had nothing to bring to the table but a pretty face. Then he falsely alleged that Rose was not who she had claimed to be whenever she presented herself as a thriving professional. But instead, she had a secret past life as a stripper and that he had done enough for her. Confused as to why Drake would seemingly send Rose subliminal messages of adoration through his IG stories but then ghosted her when she followed up on his subtle advances, Rose

finally came to the realization that Drake was really an enemy the entire time and that he never liked her, but instead, was pretending to like her in order to wreak havoc on her reputation.

**Drake: Certified Lover Boy Merchandise**

180.     Throughout the rest of 2020 going into 2021, Drake had created a new Instagram page, "@drakerelated, with the "Drake & Rose" official logo as the profile picture. The logo was also intended to be a part of the cover art for his upcoming album at the time, "Certified Lover Boy". He began circulating "Drake & Rose" CLB merchandise throughout the entire music industry, reposting all the celebrities to his IG stories, for at least six months or more, who had flaunted the merch. That was done to further cement the rumor that he'd had an extensive intimate relationship with Rose over the years.

181.     On information and belief, Drake's strategy was, by successfully convincing his industry peers that he had an extensive history with Rose on an intimate level, he could then establish himself as an authoritative source of information about the "real" Rose and leverage his deception to perpetuate his smear campaign with no fear of repercussions.

182.     Drake would then take his cyberbullying to new levels. He began heavily promoting "Chrome of Hearts" merchandise, a brand that uses crucifixes as its logo. On information and belief, that was intended to poke fun of Rose's Jewish faith, though he's Jewish himself. Drake's cyberbullying would then take the form of psychological warfare by him reposting celebrities sporting the "Drake & Rose" CLB merchandise for a few days. Then he'd follow up with posts of him promoting the Chrome of Hearts brand a few days later. Drake's cyberbullying in this form has persisted for over two years, and is done to cause Rose shame, humiliation, and ridicule by mocking her faith.

**Rose Attempts to Clear Rumors of Purported Relationships with Meek Mill and Drake**

183.       On January 23, 2021, Rose had finally reached her breaking point from the constant, unprovoked cyberbullying and broke down in tears in her mother's arms. After sending Drake a heated DM on Instagram that night calling him out for his senseless behavior, Rose took to Instagram and wrote the following statement:

184.       *"I want to start the year off by setting the record straight for anyone who has been wondering. For years, I've been the victim of cyberbullying by people who I do not know personally. Things have been said about me and particularly written about me in songs that are a complete misrepresentation of my character. I want to be very clear that I do not know any rapper personally, especially the two in the pictures above (referring to Meek Mill and Drake). I've tried to pursue legal action but have not been successful. I want to make it very clear that my hard work and ambition has afforded me a lifestyle that I am very happy with. It's not fair for people to deceitfully take credit for my hard work. I take pride in being a respectable, hardworking, and pure God fearing woman. I take these false accusations and attacks on my character very seriously and will not continue to tolerate slander from people who do not, have not, and will never have the privilege of knowing me personally. I will stop at nothing to clear the air and protect myself from such evil."* In a separate post, Rose then screenshotted Drake's @drakerelated IG with the caption, *"I have no ties or association with this brand!!!"*

185.       Rose could not understand at that time why Drake was desperately trying to convince his peers that she was really from Atlanta, Georgia. At that point, Rose had not even remembered that she had accidentally said that she was from Atlanta in the unauthorized Come Up DVD footage. Rose was highly perplexed at the rumors being spread about her and appalled by Drake's level of vindictiveness towards her.

**Nicki Minaj Re-Releases "Beam Me Up Scotty"**

186.       By Spring 2021, Rose was fully aware that Drake and Nicki Minaj were aggressively targeting her in cyberbullying attacks. Rose attempted to hold her own by continuing to post

pictures of her enjoying her life, while also occasionally poking fun of them being in 360 deals and not being in control of their masters, which were sold off at the time.

187.     On May 11, 2021, The Shaderoom reported that Nicki Minaj had previewed "Fractions" on her Instagram page. In a following post, The Shaderoom also reposted a picture of Nicki Minaj with excerpts of the lyrics to "Fractions" that stated, "<u>bitches act like they want action, I'm bout to give them that traction, send a distraction then *__I'ma line em like fractions__*</u>". Nicki Minaj, claiming that she was using Drake and Meek Mill as a distraction from her plotting to "line Rose up like fractions", made a targeted threat that Rose, and members of the music industry **knew** to be directed towards her. Rose then took to her Instagram page and posted a photo with the caption, "*I ain't hard to find #allbarknobiteheadass (emojis).*" Over the next couple of days, The Shaderoom would then repost Nicki Minaj in a luxury vehicle with her husband in the passenger seat driving around as if they were looking for Rose and making fun of the fact that Rose's car got repossessed, information that she should not have known unless by means of espionage.

188.     Then, on May 14, 2021, Nicki Minaj re-released the "Beam Me Up Scotty" mixtape that contained the original track list that she had released in 2008, along with a few new songs. "Seeing Green ft. Lil Wayne and Drake", a new song, was the lead single of the mixtape. Rose was aware that the trio released "Seeing Green", and that Nicki Minaj released the "Beam Me Up Scotty" mixtape, but did not listen to it immediately. Rose didn't know at that time that Nicki Minaj had an original version of the mixtape that she had already released in 2008. So, Rose continued going about her day-to-day life, trying her best to ignore them by posting pictures to her Instagram page of her going out to eat and enjoying life.

189.     That turned out to be a critical error on Rose's part. She should have listened to the mixtape knowing that there was open animosity against her by Nicki Minaj and Drake. Had she done so, she would have been better positioned to stop the defamatory spark in its track from eventually growing into the inextinguishable wildfire that it is today, burning her reputation to the ground beyond recovery.

190.      Unbeknownst to Rose, "Seeing Green" contained extremely defamatory lyrics against her. And by going silent and not addressing the rumors right away, Rose would then find out just how heavy the price she would pay by the massive damage it had done to her reputation in the following months up until this present day.

191.      In "Seeing Green" released on May 14, 2021, the following defamatory statements were made:

192.      Lil Wayne – "My bitch a vacuum I told her, keep me clean, the scene serene", "*My lil hoe out Atlanta, got a hoe out Atlanta*", "*My bitch dance better than P. Diddy's*".

193.      Nicki Minaj – "These bitches time tick-tockin, *better stick to dancing*, these bitches thirsty, *I can see why they alcoholics*", "These bitches still my sons, who could ever deny it?"

194.      Drake – "*Known her eight years and still fuck her like a husband*".

195.      In addition to the original track list, Nicki Minaj released "Fractions" where she stated, "Bitches act like they want action heard they want action I'm bout to give them that traction, send a distraction then I'ma line em like fractions", "I put these bitches on game, they should be kissing my feet", "*I tried to give em some press, they tried to say it was beef*", "But I ain't playing with these bitches, *this ain't GameStop*", "I wish these bitches wanted more talent and less clout", "*Look at them fuckin for raps*, oh, what a disgrace."

196.      In those lyrics, Nicki openly admitted to purposely sabotaging Rose by posting 3PM's photos on Craigslist several years prior, setting Rose up to do the Come Up DVD, releasing the unauthorized raw footage, and flooding the internet and search engines with Rose's butt as means to defame and ruin Rose's image. Then, Nicki Minaj expressed scorn and disdain for Rose's well-received Forbes article, "*GameStop's New CFO Should Begin With These 2 Strategies In Mind*". Finally, Nicki Minaj accused Rose of performing sexual favors to get ahead in the music industry.

197.      By that time, everyone in the industry knew that there was back and forth going on between Drake and Nicki Minaj. So, when Nicki Minaj re-released the "Beam Me Up Scotty"

mixtape, everyone knew that "Seeing Green" and "Fractions", along with the rest of the entire mixtape, were directed towards Rose.

198.     And because Nicki Minaj originally released the mixtape in 2008, she was able to use Rose's silence as admission of guilt about all the defamatory items on the mixtape including subsequent songs she released over the long stretch of time and throughout her career, leveraging that heavily going forward.

199.     Now, finally having Rose right where she wanted her after many, many years of relentless pursuit to decimate her, Nicki Minaj went fully loaded after Rose's entire being, with the help of Drake.

**Drake Releases "Certified Lover Boy"**

200.     A few short months later, Drake was still circulating the "Drake and Rose" CLB logo as the intended cover art for this upcoming album, even with his mother, Sandy, and his father, Dennis, reposting the artwork and bouquets of roses to their social media pages. That was done despite Rose making it very clear that she was not associated with Drake or his CLB promotions earlier that year. Then on the night of the release, Drake released his studio album, "Certified Lover Boy" and at the last minute, changed the album art to grids of the "pregnant woman" emoji, as a nod to his baby mama, to cause Rose shame, humiliation, and ridicule. On information and belief, Drake retaliated against Rose's attempt to distance herself from him and the "Drake and Rose" CLB merchandise by creating a fake love-triangle between the two. Rose was not aware of Drake's baby mama's existence until 2021, because he had never mentioned or posted her. Therefore, Rose became an unwilling participant in a fake love triangle as Drake proceeded to paint Rose as the "bitter ex" when instead, Rose was desperately trying to dissociate herself from him. Again, Rose has never met Drake, nor has she been involved with him.

201.     Consequently, Rose found herself the butt of social media jokes. Again.

202.     On "In The Bible (CLB)" released on September 3, 2021, Drake stated, "***Fucked a***
***hundred niggas,*** how them niggas love you now?", "***Turn up every day, girl, it don't say that in***
***the Bible***", "***Can't give it up cause you love the lifestyle***", alleging that Rose was not being true
to her Jewish faith and falsely accusing her of being promiscuous, bringing her shame,
humiliation, and ridicule. Drake had successfully convinced his peers that they had been involved
with each other. Those statements were knowingly false and were made with malice to defame
Rose and discredit her as a conservative, professional woman.

203.     Drake then doubled down on his smear campaign by publishing billboards about Rose all
over the world including, Houston, New York City, Memphis, California, Atlanta, Chicago,
Nigeria, Miami, New Orleans, and Toronto. The messages on the billboards where knowingly
and intentionally used to bring Rose shame, humiliation, and ridicule. And all of Drake's peers,
as well as Rose's, knew that the billboards were directed towards her. The defamatory smear
campaign about Rose were contained in separate billboards, in approximately 7 different
billboards in total:

204.     "She's only a good girl because hell don't got Chanel"

205.     "Your new fling is a fan"

206.     "Should've said you loved me today because tomorrow is a new day"

207.     "I don't associate anything with you anymore, especially myself"

208.     "You play too much; too bad life isn't a game"

209.     "Something other than me has got to give"

210.     "I don't miss… let alone miss you"

211.     Drake also profited off his smear campaign against Rose by monetizing the "Drake and
Rose" official merchandise with the following items:

212.     Nike CLB Rose T-Shirt White $35

213.     Nike CLB Rose T-Shirt Black $35

214.     Nike CLB Hoodie Grey $75

215.     Nike CLB Hoodie Black $75

216.     Nike CLB Hoodie White $75

217.     Nike CLB Hoodie Blue $75

218.     Then on October 1, 2021, Meek Mill released his studio album, "Expensive Pain", with the cover art being a derogatory representation of Rose and her Come Up DVD faux pas, according to sources familiar with the matter. Meek Mill's action caused Rose shame, humiliation, and ridicule, because mostly everyone in the industry understood the album artwork to be directed towards Rose.

**Rose Celestin's Second Attempt to Sue**

219.     Facing the compounded weight of Nicki Minaj's "Beam Me Up Scotty", Drake's "Certified Lover Boy", and Meek Mill's "Expensive Pain" album releases on her shoulders, all done to maliciously defame Rose and cause her shame, humiliation, and ridicule, Rose sought to pursue legal recourse again.

220.     Beginning October 2021, Rose made phone calls to several lawyers, who ultimately told her that they could not help with the matter. Then, on October 11, 2021, Rose emailed the Maryland state police with the following message:

221.     "*I need to report a crime involving high profile individuals who have been cyberbullying me, slandering me, and illegally accessing my financial records, credit report, and personal information by hacking my devices and spying on me by installing cameras in my last home, which forced me to move in fear of my life and safety. With the personal and financial information, they've accessed illegally, they've exposed my personal details all over social media and on blogs and in songs. Please advise on how to move forward with this.*" After discussing the matter with Trooper Oyler in the Computer Crimes Unit of the Maryland State Police, Rose was told that they would investigate it. Then, on October 13, 2021, John B. Wildman, Corporal Investigations of the Maryland State Police followed up and asked Rose to provide a statement.

After providing the statement, Rose then spoke to the police department via phone, where they ultimately told her that they could not help her with the matter.

222.     Rose additionally filed an IC3 complaint with the FBI and reported espionage to the FBI in a separate complaint a few months earlier.

## Rose Celestin Issues Cease and Desist Demand Letters

223.     With two failed attempts to sue on her hands, Rose then took matters into her own hands by drafting cease-and-desist letters to Drake, Meek Mill, and Nicki Minaj on October 19, 2021.

224.     Rose sent a cease-and-desist letter to Meek Mill, Roc Nation, and Swizz Beatz to ensure that Meek Mill received his letter.

225.     Rose sent a cease-and-desist letter to Drake and Oliver Elkhatib to ensure that Drake received his letter.

226.     And Rose sent a cease-and-desist letter to Nicki Minaj but couldn't find a contact to her management company to ensure that she received her letter.

227.     Of the three internet bullies Rose sent cease-and-desist letters to, only Meek Mill complied. Although he did not fully acknowledge Rose's cease-and-desist letter in writing, Meek Mill was subsequently dropped from Roc Nation. And to Rose's knowledge, Roc Nation ended its joint-venture partnership with Meek Mill's record label, Dream Chasers Records as a result of Rose's cease-and-desist demand.

228.     Drake and Nicki Minaj, on the other hand, retaliated against Rose, intensifying their efforts to put an end to Rose.

## Rose Celestin's Decaying Professional Career

229.     Having successfully established themselves as authoritative sources into the "real" Rose through their "Certified Lover Boy" and "Beam Me Up Scotty" releases, Drake and Nicki Minaj, respectively, infiltrated Rose's professional circles with malice and intent, better armed to spread

defamatory rumors about her that were knowingly false to cause shame, dishonor, criticism, and discourage others from having a good opinion of and associating with Rose.

230.     Beginning August 2021, a recruiter began approaching Rose about an opportunity to become a Procurement Operations Manager at CareFirst Blue Cross Blue Shield ("CareFirst"). Coincidentally, the company's VP of Procurement and Real Estate, Jeff Amsel, was a longtime peer of Rose's, who they'd met through ISM. Additionally, Rose and Jeff had previously engaged about potential opportunities for Rose during his time as an executive at Here Technologies. Hearing that Jeff was now at CareFirst trying to recruit Rose to join the company, Rose let the recruiter know that she was interested. Rose began interviewing with Jeff and the recruiter the following month. During the interview, Jeff had made a comment about the Hebrew letters Rose was wearing on her necklace, acknowledging that they were Hebrew letters. However, she didn't think much of that comment and thought that perhaps he was Jewish as well. Immediately impressed, having already been familiar with Rose's reputation in the procurement and supply chain community, Jeff had informed Rose that she was under high consideration for the role. The following month, Rose had interviews with CareFirst's entire strategic sourcing and procurement leadership team, where Rose also recognized a peer, who was serving as Strategic Sourcing Director for the company at Rose's interview with the leadership team at the time. Rose aced her interviews and her references gave the hiring team stellar testimonials. Thus, Rose was subsequently offered the position. Rose decided to take a leap of faith and leave WSSC Water since CareFirst was offering a higher salary, was fully remote, and would put Rose back into a leadership role.

231.     Rose had discussed with Jeff and the recruiter that she was seeking a $130,000 salary, plus a sign-on bonus. Jeff and the recruiter both agreed that Rose's salary expectation was fair and that they could facilitate that salary and sign-on bonus before Rose had begun the interview process. However, once Rose was offered the position, Jeff had informed the recruiter that he had changed his mind because he didn't think that it was fair for Rose to start at a salary higher than

the other managers on his team. Rose then reminded the recruiter that they had talked about the salary and that Jeff had already agreed on the number before even starting the interview process. The recruiter then apologized and told Rose that she would make it up to her by ensuring that her sign-on bonus was guaranteed.

232.      A couple of weeks later, the recruiter reached out to Rose with an offer of $124,000 plus a $5,000 sign-on bonus. However, Rose was reluctant to accept the offer. The recruiter then reminded Rose that the position was fully remote, would put her back in a leadership role, and offered an annual performance bonus payout with a 15-20% target. Then for goodwill, the recruiter also informed Rose that she would increase the sign-on bonus to $6,000. Rose still expressed that she was not happy with the lower salary. The recruiter then informed Rose that she had discussed the salary with Jeff and advocated on her behalf to increase the offer back to $130,000 as originally discussed, however, Jeff was firm on $124,000 as Rose's starting salary.

233.      Meanwhile, at WSSC Water, in November 2021, the executive leadership team announced that the company would return to office 3 days a week beginning January 2022 and that the CEO's contract was not renewed for another 3-year term. With that information, Rose decided to accept the offer at CareFirst with a start date of December 6, 2021, which would allow her to remain fully remote and was perfect timing for the transition since there was a major leadership change pending at WSSC Water the following year.

234.      The recruiter then asked Rose to fill out an application, as it was HR policy at CareFirst. As Rose had accessed the link the recruiter had given to direct Rose to the webpage to begin the application, upon clicking the link, Rose noticed that the state and province section of the application was already pre-filled to Toronto, Ontario. Already aware of Drake's ongoing smear campaign and alleged espionage, Rose deleted the pre-filled section of the application, filled out the application in its entirety, and submitted it.

235.      Rose did not disclose to anyone that she was considering transitioning to CareFirst.

236.    While Rose was suspicious of Drake interfering with the hiring process, especially since

Jeff had for no reason reneged on the starting salary they had mutually agreed upon, Rose decided

to go with her gut and proceed with the hiring process, relying on the fact that Jeff had already

known of Rose's professional track record and that it would speak for itself, despite any antics

Drake would try to pull. So, Rose went into the situation with a positive outlook and knew that

she'd be successful in the role.

237.    Or so she thought.

238.    Within the first two months of working at CareFirst, Jeff was suddenly removed from the

company for reasons that were not disclosed to anyone on his team.  Additionally, the Strategic

Sourcing Director Rose had recognized on her interview panel, was no longer at the company

when Rose started. Jeff was then replaced with an interim VP who had been with the company

over a decade and immediately started expressing signs of racism and bias towards Rose. It had

been revealed to Rose that one year prior to her joining the company, the AP team had released

an unauthorized and erroneous $27 million payment to a vendor, for an invoice that was only

supposed to be for a few hundred dollars. However, despite such a senseless error on their end,

the AP leadership team would constantly belittle Rose, insult her intelligence, and paint her to be

difficult to work with, along with other negative stereotypes, to conceal their own incompetence.

Notwithstanding, none of Rose's direct reports or coworkers on the Strategic Sourcing and

Procurement team, respected her. Not even the Directors that had previously interviewed Rose

and gave her raving feedback during the interview process, respected her.

239.    For the first time ever in her professional career, Rose had felt like an outsider, like she

didn't belong, and was struggling with the fact that no one on the CareFirst team respected her.

Knowing that she was under unlawful surveillance by Drake, Nicki Minaj, and others around the

music industry, Rose began suffering from daily performance anxiety that gradually intensified as

time passed, like the nerve-wracking feeling one would feel when performing in front of a large

stadium full of people. Buckling under the weight of the constant cyberbullying on social media,

being subjected to around-the-clock unlawful surveillance and espionage, in isolation from working remote since she no longer had friends, and now not commanding the same respect in her professional career that she had once effortlessly garnered through her magnetizing charm and personality, Rose was under severe emotional distress. Suffering from high-functioning depression, Rose continued to log into her computer every morning and tried to make the best of the situation she had unfortunately found herself in.

### Rose Celestin Recruited by AWS

240.     On February 24, 2022, a senior recruiter from Amazon Web Services ("AWS") reached out to Rose on LinkedIn. Given the bad experience she'd had so far at CareFirst, Rose immediately expressed interest in the Data Center Sourcing Manager role at AWS. Rose then asked the recruiter to provide a salary range for the position, in which the recruiter informed her that the midpoint of the total compensation range was about $200,000. On February 28, 2022, Rose expressed she was interested and was asked to apply directly to the position on March 1, 2022 so that the recruiter could expedite the process. On March 2, 2022, the recruiter then told Rose that she would be in touch soon regarding next steps.

241.     Then, on March 18, 2022, Nicki Minaj released "Blick Blick ft. Coi Leray" where she stated, "Step one, *cross me, there won't be a step two*", "*Don't run up in my DM, RIP to X too*", "*Texting with Jeff Bezos*". In those statements, Nicki Minaj threatened to deal with Rose if she crossed her by attempting to pursue legal action, stating, "cross me, there won't be a step two". Next, Nicki Minaj threatened to "RIP" Rose if she ever contacted her again threatening legal action for her defamatory and unlawful conduct, referencing DMX's recent passing as a pun, and alluded to the late rapper's close association to Swizz Beatz. Then, Nicki Minaj publicly admitted to speaking with Jeff Bezos personally to intentionally interfere with Rose's prospective employment at AWS.

242.     Rose did not disclose to anyone that she was considering transitioning to AWS.

**Rose Celestin's Third Attempt to Sue**

243.     Drake and Nicki Minaj were still incessantly defaming Rose's character around the music

industry and in Rose's professional circles. Rose attempted a third time to bring forth a lawsuit.

After still not having any success with retaining a lawyer, Rose took matters into her own hands

again by drafting her own legal complaint.

244.     Aware that Nicki Minaj had publicly threatened Rose's existence in "Blick Blick ft. Coi

Leray" and also threatened to intentionally interfere with Rose's prospective economic advantage

at AWS, when there was no way for her to know that she was approached by AWS unless

through means of espionage, Rose continued to bravely and fearlessly draft her complaint against

Drake and Nicki Minaj beginning June into early July 2022, feeling that she had enough evidence

to support her claims and knowing that she was an innocent victim of their indefensible, heinous

offenses towards her.

245.     Rose first discovered "Grindin' Freestyle" in summer 2019 and "Rose Red" in October

2021, while drafting cease-and-desist letters, in which sources familiar to the matter confirmed

that the two songs were directed towards Rose. However, in the process of gathering more details

such as song lyrics and other potential evidence to support her legal claims, Rose then discovered

the full, entire extent of Nicki Minaj's history of targeted, defamatory attacks against her

beginning June 2022.

246.     To Rose's astonishment, Nicki Minaj's hatred and unprovoked animosity towards her

dated all the way back to 2007! (And possibly even earlier, on information and belief.)

Attempting to sue for defamation under the rule of first discovery, Rose then began scouring

Genius.com in June 2022 for Drake's and Nicki Minaj's full career discography. Upon reading

the lyrics to "Wuchoo Know", "Sticks In My Bun", "Playtime Is Over", "Dilly Dally", "Click

Clack", "I'm Cumin", "Encore 07", "Dirty Money (Freestyle)", "Jump Off '07", "Beef Stew",

"Womp Womp", "Sunshine", "Set It Off", "Curious George", "Dead Wrong", "Itty Bitty Piggy",

"Can Anybody Hear Me", and "Gotta Go Hard", in June 2022, Rose knew that the songs were directed towards her, connecting the dots to her previous business relationship with DJ Cutmaster C in 2007, though she had never met Nicki Minaj or was aware of her animosity towards her until rumors of a purported 10-year relationship between Rose and Meek Mill began circulating around the industry in summer 2019.

**Rose Celestin: From L6 to L5**

247.     In the meantime, by June 22, 2022, Rose was scheduled for virtual interviews with AWS for a Sr. Category Manager, Data Center Procurement role at the L6 level, after successfully completing a phone interview where the hiring manager gave her positive feedback. As part of the interview process, Rose was then asked to complete a writing exercise in addition to conducting 5 one-hour interviews with various members of the AWS Data Center team. Then on June 29, 2022, Rose received an offer for the L6 Sr. Category Manager, Data Center Procurement role.

248.     However, despite receiving positive feedback from the interview panel, Rose was informed by a different recruiter in charge of the recruitment process that the hiring manager and interview panel did not find that Rose was better than 50% of the team she would be joining. As a result, her job offer was down leveled to an L5 Category Manager, Data Center Procurement role, which would also bring her salary down to $125,000 plus a $60,000 sign-on bonus and equity. The sign-on bonus was split over two years, where she would receive monthly payments of her sign-on bonus until the end of the two-year period. She also would not become fully vested in her restricted stock units until after the 4th year of her employment at Amazon. Rose immediately expressed to the recruiter that the offer was a slap in the face and asked him to give her specific reasons as to why her offer was down leveled in a phone conversation with him. The recruiter then informed Rose that he was not allowed to share that information with her and that she should

have been grateful that she had an opportunity to get her "foot in the door" at Amazon. Rose then requested to speak to the hiring manager.

249.     During a phone conversation with the hiring manager the following day, he had confirmed to Rose that based on her interview, she was not better than 50% of his current team, which was a qualifying factor for her to start on the L6 level, despite her having more than 15 years of procurement and supply chain experience under her belt and receiving positive feedback throughout the entire interview process. The hiring manager then informed Rose that at the L5 level, the position would still be comparable to senior level roles outside of Amazon and that the work that she'd be doing on his team would be highly strategic which involved a lot of critical thinking and things she'd never done before. Both the hiring manager and the recruiter assured Rose that if it was determined that she was indeed too advanced for the L5 level, then they'd immediately move her up into the L6 level. Given how badly things were going at CareFirst, Rose decided to give it a shot. Rose received a revised job offer in writing on July 1, 2022.

250.     Working at Amazon would be the first time Rose would work for a multinational company and in the digital infrastructure industry. Consequently, Rose had no choice but to put a pause on drafting her legal complaint against Drake and Nicki Minaj to eliminate any distractions as she was preparing to begin her new role. Given Rose's lack of legal experience and the amount of effort it took to cohesively and coherently draft a thorough complaint, Rose became overwhelmed with the process as it became excessively time-consuming to collect evidence dating back to 2007 through present time.

251.     Still suffering with performance anxiety from being constantly watched by strangers and internet bullies around the clock, in addition to high-functioning depression, Rose's first day at AWS was July 25, 2022. Her business title was HW Commodity Specialist II, while her working title was New Regions Manager, Americas.

252.     Within the first two weeks of working at AWS, just as she suspected, Rose was too advanced for her role. Although her hiring manager stressed upon the fact that the work she'd be

doing would be highly strategic, comparable to senior level roles outside Amazon, that was the furthest thing from the truth. Rose's work was highly tactical and comparable to the work she had done as a Purchasing Technician and Purchasing Specialist at UAPB in her teenage and early adult years.  While some days were busier than others, Rose would typically get through her work in as little as a couple of hours, leaving her with nothing to do for the rest of the day. Despite the lackluster work, Rose quickly began receiving positive feedback from her customers on the quality of work she was providing.

**Rose Celestin Speaks at DCD Virginia**

253.       Then in September 2022, just a little over a month after beginning at AWS, Rose received an invitation to speak on a panel and fireside chat at a Data Center Dynamics (DCD) conference scheduled to take place in November that year. Upon finding out that Rose was on the agenda for the DCD conference in Virginia, her hiring manager attempted to block her from proceeding with the speaking engagement by scheduling her to travel to Sao Paulo, Brazil to attend the same DCD conference that was taking place in Virginia, happening on the same dates. In Rose's opinion, it didn't make sense to travel all the way to Brazil just to attend the same conference taking place on the same dates, in Virginia. Rose then reminded her hiring manager that she was scheduled to speak in DCD Virginia, and as a result of the scheduling conflict, she could not attend DCD Brazil. With her hiring manager still urging her to attend DCD Brazil, Rose then informed her hiring manager that she couldn't travel to Brazil even if she wanted to because she needed to renew her passport. Then, a few days later, her hiring manager informed her that she couldn't speak on the panel and fireside chat in Virginia because there was a lengthy process that she needed to complete to become a certified Amazon speaker that would take at least three months for her to complete. Rose then researched the criteria for becoming a speaker at Amazon and achieved full certification the following week. Her hiring manager then told her she still couldn't speak at the event because she also had to get PR approval from Amazon's

communication team, and because she was new to the company, PR would not approve her request until she had been with AWS for at least three months. Rose then reached out to the PR team herself, was assigned to a PR rep who prepped her for the speaking engagement, and was subsequently granted PR approval to speak at the engagement. Having exhausted all his excuses, Rose's hiring manager then allowed her to speak at DCD Virginia. Rose did the speaking engagement where she sat on a panel and did a fireside chat with the DCD team and nailed both interviews. Rose then received many compliments from the DCD team as well as various members of the AWS Data Center Community team. Rose had felt positive about the trajectory of her career at AWS in just the three short months she was there, since she now had the influx of positive feedback from the DCD panel and fireside interviews. But, although her hiring manager congratulated her for her performance at DCD Virginia, he told her to stop signing up for speaking engagements. Rose then corrected him by saying that she didn't sign up for DCD Virginia, but rather, she was invited to speak by the DCD team.

**Drake and Nicki Minaj Allegedly Hack Rose Celestin's Amazon-Issued Device**

254.     Rose began to suspect that Drake, Nicki Minaj, and other internet bullies were hacking into Rose's Amazon-issued laptop as a means of covering all tracks in order to keep Rose under close surveillance and interfere with her job at AWS. Rose came to this conclusion when Rose would randomly start hearing noises coming from her work laptop that sounded like one inserting or removing a USB flash drive from her work computer. However, Rose did not have any devices connected to her work computer. Rose also checked the computer's Bluetooth connection as well to see if it could have been the cause of the "disconnection of external devices" noises.

255.     Then, in December 2022, Rose had taken vacation, but still logged into her laptop occasionally to get some work done while on PTO. Rose had installed Spotify, a company approved app, onto her work laptop so that she could listen to music while working. Rose then listened to Future's "*I Never Liked You*" album in its entirety for the first time since its release.

Upon listening to "Keep It Burning", Rose heard Kanye's verse and immediately became amused as an inside joke popped into her head regarding the song. Rose then went to YouTube to listen to the demo version of the song that was released months prior to its official release on Future's album, to hear Kanye struggle through his verse on the demo. Thoroughly amused by her inside joke that had suddenly popped into her head, Rose began writing a version of the verse that was loosely based off the original reference that landed on Future's album. Rose wrote the following lyrics:

256.      *"This shit ain't a game man, niggas still tryna cross me out and have me hanging by a thread like a hang man on a chain man. That's why I keep them letters round my neck, bust down V-V-Ses, borderline graven but they keep me grounded, can't get too reckless, get the message? Talking down every time I hear em' speak, but the math don't be mathing, how you look when them stories don't ever add up? Got these dummies talking in algebraic. Me? I speak blessings, on blessings, on blessings, no Khaled, but might can tell you bless up in Aramaic, respectfully. A fair exchange for all the fuckery, been at it for years, niggas still can't fuck with me. Guess some things will never change but I hope they stay the same, I'm talking luckily. Cause a pick me is one I could never be, I just let em' have it and watch em' turn around and regret it. A fair exchange in expensive currency, for a chick more in line with aesthetics. Progressing my progression, weathered every storm and recession. Check my clockwork, but who's keeping time tho? Money on my mind, my grind on overtime, tho. My paper's in order like an immigrant crossing the border, got enough ICE to live nice or offshore it like a nigga with his side hoe. (Foreign) can't trust a 5-0. Niggas change and switch lanes, L's worth taking cause that's just how the game goes. Taking bribes under the table and through every side door. I shake my head cause it's a fair exchange for hefty prices on a nigga head. Out of pocket, niggas moving out of synchrony, but it's still a fair exchange for all the fuckery. Been at it for years, niggas still can't fuck with me. Guess some things will never change, but I hope they stay the same, I'm talking luxury."*

257.     After Rose had written those lyrics to herself as an inside joke, she then went back and

listened to Future's album again. After relistening to "Back to The Basics", she then recognized

the lyrics, but noticed that the hook was an oversexualized representation of an unnamed woman

of low value who had been secretly involved with Future on a sexual level, expressing reluctance

to "go back to the streets", as sources familiar with the matter confirmed the hook to mean.

Nevertheless, Rose began playing the song on repeat over the next few days.

258.     Unaware that her work laptop was, on information and belief, hacked by Drake and Nicki

Minaj, Rose was surprised to see on social media that she had become the topic of conversation.

Again. Rose's work laptop was supposed to be VPN- and firewall-protected with high security

measures installed due to the highly confidential nature of the work done at AWS. As Rose

continued listening to "Back to The Basics" on repeat, Rose began scrolling on Instagram. Since

Rose does not follow anyone on Instagram due to the constant cyberbullying, she often frequents

her explore page where she amuses herself with memes, nail designs, and other random posts that

appear. However, a couple days after writing the lyrics on her work laptop and listening to "Back

to The Basics" on repeat, her explore page was no longer filled with random memes and nail

designs, but instead targeted memes such as, "god will not be mocked", and other memes

regarding Christianity, alluding to Rose writing the lyrics in which she thought was done in

private.

259.     Then, a couple of days later, Future released the official video to "Back to The Basics"

where he went shirtless throughout most of the music video, exposing a tattoo of a crucifix on his

chest, intending to distance himself from Rose and mock her faith, a common action many of

Rose's former peers in the music industry would take to show their allegiance to Nicki Minaj,

according to sources familiar with the matter.

**Rose Celestin Bullied at AWS**

260.　　　As Rose continued to become settled in her role at AWS, Rose noticed that her coworkers would participate in the same jokes that her internet bullies would partake in, mocking her faith. Drake, Nicki Minaj, and other bullies would poke fun of the fact that Rose does not celebrate holidays, including her own birthday. Rose had never expressed contempt for birthdays and other holidays and has no problem telling someone happy birthday, though she doesn't celebrate birthdays and holidays. Yet, Nicki Minaj, Drake, and other bullies across social media, would mock Rose for her strict observance of Jewish holy days. The first few times that her coworkers would flood Slack and Chime chats with happy birthdays, Rose didn't think much of it and would even sometimes herself tell her fellow coworkers happy birthday as well, attempting to be a good sport and fit in. But then, it became excessive, where the team would make it a point to start every meeting off with birthdays. It was very clear to Rose that they were mocking her, even though Rose had not disclosed to anyone on her team of her religious beliefs and strict observance of Jewish holy days.

261.　　　Over the months, Rose became increasingly uncomfortable working at AWS and on the Data Center Sourcing and Procurement team, knowing that her coworkers were making fun of her, in addition to her ongoing performance anxiety and high-functioning depression. As with CareFirst, her coworkers at AWS did not respect her and were aware of the rumors that she was an alleged stripper. Rose came to this conclusion when in a team meeting, her skip level manager had made a comment regarding Atlanta, and then looked directly at Rose after he mentioned the city. Since Rose was already aware that Drake and Nicki Minaj were obstinate in trying to convince Rose's music industry peers that she was really from Atlanta where she had a secret past life as a stripper, it became clear to Rose that Drake and Nicki Minaj had spread the rumors across AWS' leadership team.  Rose then began applying to other internal roles at AWS that were more in line with her level of expertise.

262.　　　On the other hand, Rose was still receiving invitations to speak at data center industry events, due to her stellar networking abilities. Within six months of being at AWS, Rose had

forged strong relationships with DCD, Uptime Institute, and other trade associations in the data center industry. Knowing that her hiring manager was rejecting all her travel requests, although up to 25% travel was an expectation of her role as New Regions Manager, Rose began using her vacation time and PTO times to accept invitations to attend industry networking events at her own expense. The events Rose was invited to allowed her to forge and nurture new relationships with various vendors across the data center supply chain, allowing her to be more effective at her job as New Regions Manager.

263.  On April 3, 2023, Rose had pre-approved PTO for April 6, 2023. Then on April 5, 2023, at 8:25am, Rose also had approved PTO for April 5th and April 7th, as well as April 13th in which her hiring manager acknowledged her upcoming PTOs ahead of time, knowing that she would be out-of-office on those days to observe Passover. Then on April 10, 2023, Rose's hiring manager reprimanded her and accused her of being a no-call/no-show from April 5-7th, although he had acknowledged her approved PTO for those days on April 3rd and the morning of April 5th. He then stated that because he did not know where Rose was and was not given proper notice that she would be on PTO, it negatively impacted a team meeting that involved senior leaders. That was a blatant lie. On information and belief, Rose's hiring manager purposely tried to discredit Rose as a responsible professional by claiming he didn't know where she was when he very well knew that she was on PTO. Rose's blocked PTO days were also shared across the entire team's calendars prior to her leaving for PTO. Her coworkers very well knew that she was out-of-office in observance of Passover but pretended to not know where she was in front of senior leaders under the pretense that she was a no-call/no-show.

264.  Rose also had approved PTO for April 19th and April 25th-April 26th, where she self-funded a trip to a nearby town in Virginia and San Diego, CA, respectively, to participate in industry events that she was personally invited to attend. Upon returning to work, Rose's hiring manager then accused Rose of taking unauthorized business travel and not going through the proper channels to expense her trips, alleging that she had stolen company funds to fund the trip

by using her corporate card without prior authorization. That was perplexing to Rose because she had not disclosed to anyone that she was out of town at a conference. She simply marked her calendar as "vacation time" on those dates and used her own personal funds to pay for the trips. That was when Rose became aware of her hiring manager leveraging means of espionage to spy on Rose's activities at work and even outside of work. Connecting the dots, Rose, on information and belief, concluded that her hiring manager was in contact with Drake and Nicki Minaj. That made Rose very uncomfortable, because Rose was not comfortable with her hiring manager, and possibly others within AWS, watching her every move, even her activities outside of work.

265.     Within the next week, Rose's hiring manager began accusing Rose of underperforming, even though she had received positive feedback from him and other peers on her official performance evaluation on March 30, 2023. Beginning from the time Rose had requested PTO for Passover observance, Rose was suddenly an "underperformer". Rose's workload was also doubled beginning April 2023, where she was given responsibilities to take over a procurement category in addition to her work as New Regions Manager. But because the new work was still comparable to the work she'd done at UAPB during her teenage and early adult years, Rose was still able to get through her work in just a few short hours even with the double workload in the midst of her struggling with performance anxiety and high-functioning depression. On information and belief, that enraged Rose's hiring manager even more, causing him to aggressively pursue Rose with false allegations of being an underperformer, although Rose's customers had expressed that they were exceedingly happy with her quality of work.

266.     By May 2023, Rose's hiring manager had involved the team's HR business partner (HRBP). Rose then expressed to HR that she wanted to make a complaint against her hiring manager for harassment, retaliation, microaggression, glass-ceiling, racism, and discrimination. Over the course of a month, Rose began providing the HRBP detailed evidence of Rose's hiring manager's microaggression, racism, and harassment towards her. Additionally, Rose provided screenshot evidence of feedback of her customer expressing satisfaction with her quality of work

to prove that she wasn't underperforming, but instead was consistently exceeding her customers'

expectations. Despite providing thorough evidence to support her claims, during the second week

of June, the HRBP concluded that there was no policy violation on Rose's hiring manager's end.

**Dave East's "Fortune Favors the Bold"**

267.     As Rose continued to be bullied at work and in her personal life, Rose purchased a new

personal Apple MacBook on July 2, 2023, an attempt to restore some sense of privacy back into

her personal life. By turning off the Bluetooth connection and installing ExpressVPN onto her

new MacBook using a public WIFI location, Rose had then managed to secure her new MacBook

from being hacked by Drake, Nicki Minaj, and other cyberbullies. Rose was finally able to evade

constant harassment and being smothered by internet bullies who had no business spying on her

in the first place. For the first time in a long time, Rose lived in peace.

268.     Or so she thought.

269.     On July 14, 2023, rapper Dave East released his studio album "Fortune Favors the Bold"

on all major platforms. Upon the release, Rose began listening to "Still Here", "Thru the Mud",

and other of Dave East's previous works on repeat via YouTube on her new MacBook. For the

most part, Rose did not find any indications that she was being watched on her new MacBook.

Therefore, Rose continued engaging with Dave East's music videos, occasionally dropping fire

emojis or positive comments across his latest body of work. However, by July 17th, Rose began

seeing jokes about her and Dave East on blog pages and on her explore page on IG.

Understanding that her short-lived privacy had come to an end, Rose became the butt of social

media jokes once again as rumors of a secret, long-standing relationship between Rose and Dave

East began circulating around the music industry, according to sources familiar with the matter.

The rumors were further exacerbated when many had pointed out that Dave East had a huge rose

tattoo on his neck, was involved with Rose's company, Hit World Music Entertainment, and held

very close ties to Rose's longtime friend and business partner, Buda. Despite the rumors and

social media jokes about their purported relationship over the years, Rose continued to listen to Dave East's latest project on YouTube, along with other of his previous works.

270.    Dave East then released his official music video to "Still Here" on July 21, 2023, at noon ET. The fundamental key as to why Drake and Nicki Minaj had been successful in spreading knowingly false allegations of Rose being a stripper from Atlanta was because they had positioned themselves as authoritative sources of inside information into Rose's real past, as they had often claimed to their music industry peers that only they had known Rose personally for many years. But now, it became clear to many who were <u>not</u> familiar with the matter that Dave East had also known Rose personally over an extended period, and his telling of events of Rose's history had directly contradicted Drake's and Nicki Minaj's telling of events.

271.    The most glaring contradiction was that Drake and Nicki Minaj were adamant that Rose was from Atlanta, Georgia and had lived in Atlanta over an extended period where she would strip at popular strip clubs in Atlanta. However, sources who were <u>not</u> familiar with the matter discovered that Rose actually lived in New York City over an extended period, upon graduating high school.

272.    Now, knowing that his story was no longer credible, Drake took to Instagram on July 21, 2023, at 2:07pm ET, two hours after Dave East released the official music video to "Still Here", and stated:

273.    *"The stupidity mixed with a lack of humility got the bars writing themselves kid...**I gotta admit**...the most cut throat game in the world is turning into easy biz."* Drake openly admitted that he knowingly spread false rumors across the music industry of Rose being a stripper and purposely defamed Rose's character through songs that he released over the years, leveraging the unauthorized Come Up DVD footage.

274.    On the other hand, Nicki Minaj quickly began doing damage control by coercing Dave East into changing his story.

**Rose Celestin Leaks Glorilla's "Cha Cha Cha"**

275.     In the meantime, now aware that her WIFI could have been hacked, Rose had then leaked a version of Glorilla's "Cha Cha Cha" single that she had solely written to her Instagram stories on August 4, 2023, nearly two months before its official release on September 29, 2023. Rose's leaked version of "Cha Cha Cha" on her Instagram stories did not contain a hook, but instead contained the following verses:

276.     *"I feel like you bitch ass niggas still hating. Ooh please don't make me go, make me go, make me go back to da basics. To me leading the line and walking niggas thru basements. Or through them legendary corridors full of plaques, or at Platinum sound making platinum sounds, where I had niggas screaming and yelling all crazy like, "uhn, uhn, yea shorty, yea, yea. I like that. Yo shit is fire. This shit is extra crack!!" Don't let that go over ya dreads. Let's see if you can riddle me that. Dummies stay keeping tabs on me, but still can't tell my story accurately. I thought I told you niggas New York is where it's really at. You worried about the wrong things when instead you could be teaching your daughters that their body's a temple and a sacrifice ain't worth the money if you gotta sell your soul to get that. Ayoo, where dem vocals at cause that's a major key like we got London on da track. So when your girls get older, won't be no hella crying on your shoulders. But don't take it from me cause I don't waste time lying and praying for ppl's downfall. I like to see my ppl shine and for me to yell out from time to time, "fuck it, we ball!" Nothing too crazy. A mentality new money niggas'll never comprehend, shoutout to my old heads. I'm old money so I move off integrity and lessons learned from being tried in the furnace. Pops prepped me for times like this, so I can shine like that. Can't get caught up with you new money niggas, cause young money don't know how to act. I see rape and molestation is where y'all find y'all comfort at. And if you got a problem with what I just said then come find me cause you know where tf I be at. Dem 360s got y'all feeling invincible, huh? Power?? That's what y'all call that? That's that shit that got y'all moving funny?? These days*

*I'm hella tickled, so excuse my laugh. Cause round my way from where I'm from we call that witchcraft. You new money niggas do anything for the mighty dollar. I already peeped that. That's why I fall back. Quick question for you? Do I wet the pole or really wet the pole? (Get it?) Shit, y'all don't even know. I thought I told you niggas, only dance I know is 10 toes sturdy. Only time I might try to tango is to get my hands dirty, or when I'm ready to get ya head tapped. Dancing the shimmy, shimmy ya, shimmy, yam, shimmy yay off the click clack. Moonwalk you like a dog and leash you up extra tough so you don't fall back outta cadence. Smooth criminal, like I'm Mike Jack. But I'm still heavy on the doo-wops and I be killing da rat-tat-tats. Now it's lights out, metronome to ya dome, rockabye baby. Oh wait, did I just say that? Heeee heeee, I be tripping, ayo scratch that, rewind that track (run that shit back). See that's why I move in silence, cause I'm a queen and real queens don't move grimey or resort to violence. Don't ever forget that. And I'll be damned if I ever let you dirty dick niggas run up my mileage. My shits clean and pristine. Gotta keep my hellcat in mint condition. Cause he who finds a me finds a good thing. So stay over there, on that other side of da gram. Cause a Wi-Fi hack and phone tap is as close as you niggas'll ever get to me. I done said it once before and I'll say it again: FOH, you niggas can't see me. And you hating, backwards storytelling ass bitches stay gossiping cause you wanna be me. You know you love me. Until next time, in my Kristen Bell voice. XOXO, respectfully (emoji).*

277.    As expected, those lyrics set off a social media storm among Rose's internet bullies, however, those who were <u>not</u> familiar to the matter did not know that it was a leaked version of a song.

## Rose Celestin Wrongfully Terminated from AWS

278.    In the meantime, at work, Rose received an email from the editor-in-chief of Supply & Demand Chain Executive, a publication covering the entire global supply chain, informing her that she was named a recipient of the 2023 Women in Supply Chain award on July 27, 2023.

Elated by the news, Rose forwarded the email to her hiring manager, her skip-level manager, her skip-level manager's manager, and the HRBP to share the exciting news with them. Rose had also requested authorization to travel to the awards ceremony that would take place in November the same year.

279.     Then, about a week later, Rose's hiring manager and HRBP scheduled a meeting with Rose set for Monday, August 7, 2023. Rose, who had just been named as a recipient of a prestigious award, then joined the conference call and was caught off guard with the fact that instead of being congratulated for her recent achievement, instead, she'd been placed on an Amazon Pivot Entry Program, Amazon's version of a PIP. Rose, who knew very well that her performance was not an issue, asked her hiring manager and HRBP to forward her the written negative feedback that her customers allegedly provided them. They could not provide such feedback. After Rose's hiring manager and HRBP continued to gaslight her about underperforming, Rose immediately left the call and then sent an email that copied the senior executive AWS leadership team, all the way up to AWS' CEO, Adam Selipsky. Over the course of several emails, Rose had expressed that she had faced racism, microaggression, glass-ceiling, discrimination, retaliation, and harassment throughout her employment at AWS. She also reminded everyone that she not only met deliverables, but also exceeded customers' expectations on a consistent basis, often delivering results ahead of schedule. By August 20, 2023, the leadership team continued to gaslight Rose into believing that she was underperforming, when there was factual evidence to show that she was not only underperforming, but instead exceeding the bar. Yet, the silence from AWS' senior executive leadership team was loud. Knowing that she was fighting a losing battle, Rose *resigned* from Amazon on Monday, August 21, 2023.

280.     Then to add insult to injury, Amazon issued Rose's termination documents stating that she had been *involuntarily terminated* from Amazon. Further, Amazon withheld Rose's severance unless she promised not to sue for discrimination and wrongful termination. Amazon gave Rose until August 31st to promise not to sue. Rose did not accept her severance.

281.     Amazon then began harassing Rose on August 28th, alleging that upon review of her

work computer, they determined that she transferred over 50 confidential files to her personal

email, accusing her of stealing intellectual property. Rose, knowing that was a false allegation,

then asked Amazon's legal team to provide her with the sent receipts that helped them arrive to

that determination. Not only could they not provide the evidence, they also proceeded to insult

Rose's intelligence by providing her with 10 samples of the same 3 files in different formats.

Additionally, the samples that they provided were emails with attachments that Rose had sent to

her personal email which detailed information regarding her wrongful termination. So, in essence,

Amazon's legal team had sought to beguile Rose into deleting evidence of her wrongful

termination under the pretense that she had stolen IP. After informing Amazon's legal team that

they only sent 3 files in different formats and that the 3 files were not highly confidential, but

instead, process documentation that Rose had created, Amazon's legal team then asked Rose to

discuss the matter with them over the phone. Rose declined verbal communication and requested

that all communication be in writing.

282.     Amazon then sent Rose another severance email on September 9, extending the deadline

for Rose to promise not to sue, although Rose had already previously declined to sign the

severance agreement weeks earlier. Rose declined the severance again.

283.     Then on September 28th, the lawyers badgered Rose again. Rose informed them that their

constant action of pressuring her to delete information regarding the terms of her employment

was harassment. Finally, the lawyers no longer contacted Rose again regarding the matter.

**Nicki Minaj: The Author of Chaos**

284.     Now, with Rose unemployed, Dave East began changing his story about his knowledge

of Rose's alleged past. On September 2, 2023, Dave East released the official music video to

"Thru the Mud", where he wore a bandana covering his rose tattoo and exposed his Jesus tattoo in

certain shots, an action that he had not done in previous videos within the last few years, to show

his allegiance to Nicki Minaj, according to sources familiar with the matter. That was done in response to Nicki Minaj releasing "Last Time I Saw You" a day earlier on September 1, 2023, in order to circulate rumors that they had been intimately involved with each other previously, while also claiming that "Thru the Mud" was written about her.

285.     Now aware that Dave East was siding with Nicki Minaj and was attempting to manipulate the situation in order to help her further her defamatory agenda, Rose began making it clear to her peers that she only knew Dave East through his connection to Buda, and that they had never been sexually involved with each other. While Rose and Buda had been close friends for over a decade, Rose and Dave East, on the other hand, had only become acquainted with each other beginning 2017, when she brought him on as a brand ambassador for her company. Buda made the introduction. However, Dave East began to leverage the rumors of him secretly dating Rose over an extended period in order to cement his claims that he had personally known the "real" Rose for many years and to also help Nicki Minaj bring shame, humiliation, and ridicule to Rose.

286.     Then, on September 28, 2023, Dave East re-released 6 Man (Freestyle), which was originally released on July 11, 2015. In the song, Dave East stated, "***My bitch is Haitian***, she'll zoe you, I don't know you, I'm not familiar", "When it come to models, knocked a few off, ***yo favorite stripper got my picture on her new wall***". Rose first discovered the song on September 28, 2023. As a result, Dave East confirmed that Drake had indeed spread false rumors about dating Rose and that Drake falsely alleged that Rose was a stripper around the industry for many years.

287.     In the song, Dave East had attempted to clear the air that Drake indeed did not know Rose, that they had never dated, nor had Drake ever helped Rose in her professional career or within the music industry. However, Dave East's attempt to clear the rumors of Rose and Drake not dating were only for his own self-motivated reasons. Dave East instead wished to further perpetuate the false allegation that he was involved in a love triangle between himself, Rose, and

Nicki Minaj in order to help Nicki Minaj further her defamatory agenda and discredit Rose as a songwriter. Therefore, Dave East acted with malice and intent when he re-released "6 Man (Freestyle)" on September 28th, knowing that it would damage Rose's reputation, even after Drake openly admitted that he and Nicki Minaj purposely sabotaged Rose with lies over the years based on the unauthorized release of the Come Up DVD footage.

288.    The following day, on September 29, 2023, Glorilla released the official version of "Cha Cha Cha" on all major platforms. However, the song was not well-received by music critics and bloggers. Upon listening to the official release of "Cha Cha Cha", Rose discovered that the lyrics and the hook had been tampered with, resulting in a negative reception of the song. Meek Mill and Rick Ross, on the other hand, released "Shaq & Kobe" on the same day, in which Nicki Minaj triggered Dave East to re-release "Double Up" and "Fire" on October 3, 2023 in response to "Shaq & Kobe". Rose first discovered "Double Up" and "Fire" on October 3, 2023. Now fully siding with Nicki Minaj in her malicious agenda to defame Rose's character, the lyrics contained in "Double Up" and "Fire" alluded to an alleged secret relationship between herself and Dave, perpetuating rumors that she and Dave East had secretly been involved with the intent of bringing shame, humiliation, and ridicule to Rose. Later that day, Dave East also released "Steph & Klay ft. Cruch Calhoun" as the official response to "Shaq & Kobe".

289.    The lyrics stated, "Everybody around me sad, acting like I'm cancer, *to the stripper they couldn't afford turned to a private dancer*", "I be in the older joints, probably was down at freaknik, So So Def days you know da brat make Dupri shit". By referencing Rose's former label in a song that contained the line, "to the stripper they couldn't afford turned to a private dancer", Rose's peers around the music industry understood that line to be about Rose. At that point, it did not matter that Drake had already publicly admitted that he and Nicki Minaj knowingly defamed Rose's character with false allegations of her being a stripper, because Dave East's indefensible action created reasonable doubt among those who were not familiar with the matter. Dave East, who is familiar with the matter, acted with malice and intent to knowingly make false statements

regarding Rose that he knew would damage her reputation. Again, Dave East acted with malice and intent when he released "Steph & Klay ft. Cruch Calhoun" on October 3rd, knowing that it would damage Rose's reputation, even after Drake openly admitted that he and Nicki Minaj purposely sabotaged Rose with lies over the years based on the unauthorized release of the Come Up DVD footage.

290.     Finally, on October 20, 2023, Nicki Minaj released "For All the Barbz ft. Drake & Chief Keef", in which Nicki Minaj stated, "Ayo, pushin' your pen or you pushin' your luck?" That line was understood by Rose's peers in the music industry to be directed towards her, threatening to continue to intentionally interfere with Rose's prospective economic advantage in the music industry. If it was not enough that Nicki Minaj completely crushed Rose's professional career into smithereens through unprovoked hostility and false allegations, Nicki Minaj demonstrated in "For All The Barbz" that she will never stop using her skillful art of deception and espionage to continuously pursue Rose with malicious and knowingly false slander and defamation.

## CAUSES FOR ACTION

### FIRST CAUSE OF ACTION – Defamation of Character at Common Law – Slander, Libel, False and Unprivileged Publications

291.     Rose Celestin incorporates by reference all preceding allegations as though fully set forth herein.

292.     The Defendants knowingly spread false allegations concerning Rose Celestin in the music industry and in Rose Celestin's professional circles within the past calendar year. The Defendants also published songs that knowingly contained defamatory statements against Rose Celestin. The Defendants acted with malice and intent when they knowingly spread defamatory rumors about Rose Celestin in the music industry and in her professional circles, knowing that it would wreak havoc on her reputation, cause her to lose the respect of her peers, and discourage others from having a good opinion of or associating with Rose Celestin.

293.    The false and defamatory allegations the Defendants have perpetuated about Rose

Celestin through libel and slander are that:

    a.   Rose Celestin is or has been a stripper.

    b.   Rose Celestin has or has had sexual relations with one or more celebrities in the music

        industry.

    c.   Rose Celestin is suffering or has suffered from a loathsome disease.

294.    **Count #1** – On September 28, 2023, Dave East re-released "6 Man (Freestyle)" on major

platforms, where he knowingly made a false allegation against Rose Celestin. Although Rose

Celestin was not identified by name, Rose Celestin's peers in the music industry and her

professional circles knew that the song was plainly about her. Dave East falsely alleged, "My

bitch is Haitian, she'll zoe you, I don't know you, I'm not familiar", "When it come to models,

knocked a few off, yo favorite stripper got my picture on her new wall". Dave East re-published

the song on major platforms nearly eight years after its original release in response to Drake

falsely alleging that he and Rose Celestin had been intimately involved over an extended period

and that she was a stripper. Drake told Dave East some time after he released "Fortune Favors the

Bold" that Rose Celestin was a stripper, that they were involved with each other, and that he had

a hand in Rose Celestin's professional career and in the music industry. Drake's defamatory

allegations caused Dave East to re-release "6 Man (Freestyle)" on September 28th. The original

release of "6 Man (Freestyle)" was on July 11, 2015, thus confirming that Drake has indeed

targeted Rose Celestin with malicious accusations of being a stripper for many years. Rose

Celestin did not discover and had no reason to discover that Dave East originally released "6 Man

(Freestyle)" on July 11, 2015, and that Drake and Nicki Minaj were spreading rumors about Rose

Celestin being a stripper over the course of many years. Dave East acted with malice and intent

when he re-released "6 Man (Freestyle)" and knowingly made the defamatory statements in order

to help Nicki Minaj further perpetuate her malicious, defamatory agenda over the course of over

15 years. Drake acted with malice and intent when he knowingly spread the false allegation of

Rose Celestin being a stripper to Dave East and others in the music industry and in Rose

Celestin's professional circle and falsely alleged that they'd had an extensive history with each

other. Nicki Minaj acted with malice and intent when she coerced Dave East into making

defamatory statements about Rose Celestin being a stripper upon his release of "Fortune Favors

the Bold" on major platforms on July 14, 2023. Cash Money Records acted with malice and

intent when they were aware that Nicki Minaj was making defamatory statements against Rose

around the music industry and in Rose Celestin's professional circles through songs Nicki Minaj

released, but allowed the defamation to continue. Upon the release of the official music video for

"Still Here" on July 21, 2023, it became clear that Drake's and Nicki Minaj's allegations against

Rose Celestin were no longer credible, since they were adamant that Rose Celestin was from

Atlanta, Georgia. Consequently, Drake publicly admitted to working with Nicki Minaj over the

span of 10+ years to purposely defame Rose Celestin's character, leveraging the unauthorized

release of the Come Up DVD footage in 2008 as an act of intentional sabotage. On July 21, 2023,

Drake on Instagram admitted, "The stupidity mixed with a lack of humility got the bars writing

themselves kid...**I gotta admit**...the most cut throat game in the world is turning into easy biz".

Drake's peers understood the caption to be directed towards Rose Celestin and they understood

the caption to mean that he and Nicki Minaj purposely made false allegations against Rose

Celestin in their career discography dating back as early as 2007. Nicki Minaj then caused Dave

East to repeat and perpetuate the knowingly false allegations of Rose Celestin being a stripper

that she has spread across the industry and to Rose Celestin's professional circle over the last 15+

years. Shortly after Dave East released "Fortune Favors the Bold", Nicki Minaj contacted Dave

East to persuade him against Rose. Nicki Minaj then released "Last Time I Saw You" on major

platforms on September 1, 2023, as a mean to circulate rumors across the music industry that she

had been intimately involved with Dave East. Having successfully persuaded Dave East to join

her on her smear campaign against Rose, Dave East then released the official music video to

"Thru the Mud" on September 2, 2023, to cause Rose Celestin shame, ridicule, and humiliation.

Rose Celestin's peers in the music industry understood that the video release of "Thru the Mud" was done to cause her shame, ridicule, and humiliation.

295.     In telling and causing Dave East to be told in a private conversation that Rose Celestin was a stripper and has had sexual relations with one or more celebrities in the music industry, Drake and Nicki Minaj expressed and caused Dave East to express purportedly factual statements about Rose Celestin and implied that there was a factual basis to their allegations.

296.     On information and belief, Drake and Nicki Minaj intentionally communicated those defamatory statements about Rose Celestin to Dave East.

297.     The private statements Drake and Nicki Minaj made to Dave East concerning Rose Celestin were false, without privilege, or justification.

298.     Dave East repeated the defamatory statements with actual malice—i.e., with knowledge of their falsity, or alternatively, with a reckless disregard for their falsity.

299.     The defamatory statements injured Rose Celestin by diminishing her reputation in her profession, trade, and/or business, which has a natural tendency to lessen her earnings.

300.     The defamatory statements convey a defamatory meaning. They harm Rose Celestin's reputation as to lower it.

301.     It was Drake's, Nicki Minaj's, Dave East's, and Cash Money Record's expectation and intent that the defamatory statements would injure Rose Celestin.

302.     As a result of these false and defamatory statements with actual malice, Rose Celestin has suffered damages including but not limited to lost compensation, lost earnings, loss to reputation, increased cost, and has a long-lasting ripple effect on Rose Celestin's career trajectory as a whole.

303.     Drake and Nicki Minaj acted with oppression, fraud, and malice and engaged in highly reprehensible and despicable conduct warranting equitable relief and exemplary damages.

304.     **Count #2** – On October 3, 2023, Dave East released "Steph & Klay ft. Cruch Calhoun" on major platforms, where he knowingly made a false allegation against Rose Celestin. Although Rose Celestin was not identified by name, Rose Celestin's peers in the music industry and her

professional circles knew that the following statements were plainly about her. Dave East falsely alleged, "Everybody around me sad, acting like I'm cancer, to the stripper they couldn't afford turned to a private dancer", "I be in the older joints, probably was down at freaknik, So So Def days you know da brat make Dupri shit". By referencing So So Def in a song that contained the line, "to the stripper they couldn't afford turned to a private dancer", Dave East, with malice and intent, created reasonable doubt concerning Drake's public admission to him working alongside Nicki Minaj to purposely sabotage Rose Celestin with defamatory lies, based on the unauthorized release of the Come Up DVD footage in 2008. Through those statements, Dave East also caused Rose Celestin's peers in the music industry and professional circles to reference defamatory allegations Drake and Nicki Minaj made against Rose in "Beam Me Up Scotty" and other bodies of work as a basis of truth. Nicki Minaj originally released "Beam Me Up Scotty" on April 18, 2009, then re-released the mixtape again on May 21, 2021.

305.    Nicki Minaj acted with malice and intent when she caused Dave East to mention Rose Celestin's So So Def days in "Steph & Klay ft. Cruch Calhoun", knowing that it would create reasonable doubt concerning Drake's public admission to him working alongside her over the years to purposely make defamatory allegations against Rose Celestin, based on the unauthorized release of the Come Up DVD and Nicki Minaj's re-release of the "Beam Me Up Scotty" mixtape on May 21, 2021.

306.    In telling and causing Dave East to be told in a private conversation that Rose Celestin was a stripper and has had sexual relations with one or more celebrities in the music industry, Drake and Nicki Minaj expressed and caused Dave East to express purportedly factual statements in "Steph & Klay ft. Cruch Calhoun" about Rose Celestin and implied that there was a factual basis to their allegations.

307.    Dave East repeated the defamatory statements with actual malice—i.e., with knowledge of their falsity, or alternatively, with a reckless disregard for their falsity.

308.     The defamatory statements injured Rose Celestin by diminishing her reputation in her profession, trade, and/or business, which has a natural tendency to lessen her earnings.

309.     The defamatory statements convey a defamatory meaning. They harm Rose Celestin's reputation as to lower it.

310.     It was Drake's, Nicki Minaj's, and Dave East's expectation and intent that the defamatory statements would injure Rose Celestin.

311.     As a result of these false and defamatory statements with actual malice, Rose Celestin has suffered damages including but not limited to lost compensation, lost earnings, loss to reputation, increased cost, and has a long-lasting ripple effect on Rose Celestin's career trajectory as a whole.

312.     Drake and Nicki Minaj acted with oppression, fraud, and malice and engaged in highly reprehensible and despicable conduct warranting equitable relief and exemplary damages.

313.     **Count #3 –** On information and belief, Drake and Nicki Minaj told and caused Jeff Bezos, Andy Jassy, Adam Selipsky, and other employees at Amazon and AWS to be told that Rose Celestin was a stripper and has had sexual relations with one or more celebrities in the music industry.

314.     Drake and Nicki Minaj expressed and implied that there was a factual basis to their allegations, leading to Rose being bullied at AWS and ultimately wrongfully terminated on August 21, 2023.

315.     On information and belief, Drake and Nicki Minaj intentionally communicated those defamatory statements about Rose Celestin to Jeff Bezos, Andy Jassy, Adam Selipsky, and other employees at Amazon and AWS.

316.     The private statements Drake and Nicki Minaj made to Jeff Bezos, Andy Jassy, and Adam Selipsky concerning Rose Celestin were false, without privilege, or justification.

317.     Drake and Nicki Minaj made the defamatory statements with actual malice—i.e., with knowledge of their falsity, or alternatively, with a reckless disregard for their falsity.

318.     The defamatory statements injured Rose Celestin by diminishing her reputation in her profession, trade, and/or business, which has a natural tendency to lessen her earnings.

319.     The defamatory statements convey a defamatory meaning. They harm Rose Celestin's reputation as to lower it.

320.     It was Drake's and Nicki Minaj's expectation and intent that the defamatory statements would injure Rose Celestin.

321.     As a result of these false and defamatory statements with actual malice, Rose Celestin has suffered damages including but not limited to lost compensation, lost earnings, loss to reputation, increased cost, and has a long-lasting ripple effect on Rose Celestin's career trajectory as a whole.

322.     Drake and Nicki Minaj acted with oppression, fraud, and malice and engaged in highly reprehensible and despicable conduct warranting equitable relief and exemplary damages.

**SECOND CAUSE OF ACTION – Defamation of Character Pursuant to Rule of First Discovery – Slander, Libel, False and Unprivileged Publications**

323.     Rose Celestin incorporates by reference all preceding allegations as though fully set forth herein.

324.     Rose Celestin was not aware and had no reason to be aware that Nicki Minaj and Drake acted with oppression, fraud, and malice to spread defamatory rumors about Rose Celestin in the music industry and in her professional circles through deliberate, unprivileged publications, to perpetuate and amplify false and defamatory allegations against Rose Celestin over the long stretch of their music careers, until June 2022. However, when Rose Celestin attempted to obtain legal representation on three separate occasions, she was unsuccessful because lawyers stated that the defamatory allegations across Drake's and Nicki Minaj's bodies of work were speculative, and given their level of fame and status, they could not find explicit evidence to support and prove that the bodies of work Rose became of aware of in June 2022 were specifically directed towards her.

325.     However, when Dave East released "6 Man (Freestyle)" and "Steph & Klay ft. Cruch Calhoun", the defamatory allegations against Rose Celestin were no longer speculative. As of September 2023, the idea of Rose Celestin being a former stripper was cemented in the minds of her peers when Dave East made defamatory statements about Rose Celestin being a stripper in "6 Man (Freestyle)" and "Steph & Klay ft. Cruch Calhoun", creating reasonable doubt among Rose Celestin's peers upon hearing "6 Man (Freestyle)" and "Steph & Klay ft. Cruch Calhoun" released in September and October 2023, respectively. Dave East's release of "6 Man (Freestyle)" and "Steph & Klay ft. Cruch Calhoun" caused many of Rose Celestin's peers to reference Drake's and Nicki Minaj's previous bodies of work, which expressed and implied that there was a factual basis to evaluate Rose Celestin's character.

326.     Although Rose Celestin was not identified by name, Rose Celestin's peers in the music industry and her professional circles knew that the defamatory statements concerning Rose in Nicki Minaj's and Drake's bodies of work between 2007 through 2023 were plainly about her, resulting in damages including but not limited to loss of income, loss of reputation, loss of earnings, pain and suffering as a direct result of expressed purportedly factual statements about Rose Celestin that implied that there was a factual basis to evaluate Rose Celestin's character.

327.     **Count #1 –** In re-releasing the mixtape "Beam Me Up Scotty" on May 21, 2021, Nicki Minaj expressed and caused Rose Celestin's peers in the music industry and in her professional circle to express purportedly factual statements about Rose Celestin and implied that there was a factual basis to evaluate Rose Celestin's character.

328.     Nicki Minaj intentionally communicated specific defamatory statements against Rose Celestin in the mixtape "Beam Me Up Scotty".

329.     Rose Celestin's peers in the music industry and professional circles understood the defamatory statements contained in the mixtape "Beam Me Up Scotty" to refer to Rose Celestin, and specifically, to mean that Nicki Minaj knows Rose Celestin personally and that she has inside information regarding Rose Celestin's past.

330.     The statements Nicki Minaj made in the mixtape "Beam Me Up Scotty" concerning Rose Celestin are knowingly false. At the time the statements were made, Nicki Minaj had no personal connection to Rose.

331.     The statements Nicki Minaj stated in the mixtape "Beam Me Up Scotty" concerning Rose Celestin are express false statements of fact, and they falsely implied a knowledge of negative facts about Rose Celestin's character, professionalism, and interactions with others.

332.     Nicki Minaj knowingly made false statements concerning Rose Celestin, crafted to seem credible and to cause maximum damage.

333.     By re-releasing the mixtape "Beam Me Up Scotty" more than 12 years after its initial release, Nicki Minaj intended to inflict irreparable and irrevocable damage to Rose Celestin's reputation with long-lasting damaging effects on Rose Celestin's reputation well into the extended future.

334.     Nicki Minaj acted with actual malice—i.e. with knowledge of their falsity, or alternatively, with a reckless disregard for their falsity.

335.     Nicki Minaj made the defamatory statements in the mixtape "Beam Me Up Scotty" without privilege or justification.

336.     The statements Nicki Minaj made in the mixtape "Beam Me Up Scotty" directly injured Rose Celestin by diminishing her reputation in her profession, trade, and/or business, which has a natural tendency to lessen her earnings.

337.     The statements Nicki Minaj made concerning Rose in the mixtape "Beam Me Up Scotty" convey a defamatory meaning. They harm Rose Celestin's reputation as to lower it.

338.     It was Nicki Minaj's expectation and intent that the defamatory statements would injure Rose Celestin economically, including lessening her earnings.

339.     As a result of the publication of false and defamatory statements with actual malice in the mixtape "Beam Me Up Scotty", Rose Celestin has suffered damages including but not limited to lost compensation, lost earnings, loss of reputation, and increased costs.

340.     Rose Celestin did not discover and had no reason to discover the defamatory allegations made against her in the mixtape "Beam Me Up Scotty" until the damages inflicted upon Rose Celestin's reputation were well beyond recovery.

341.     Nicki Minaj acted with oppression, fraud, and malice and engaged in highly reprehensible and despicable conduct warranting equitable relief and exemplary damages.

342.     **Count #2** – In releasing "Wuchoo Know", "Sticks In My Bun", "Playtime Is Over", "Dilly Dally", "Click Clack", "I'm Cumin", "Encore 07", "Dirty Money Freestyle", "Jump Off '07", "Beef Stew", "Grindin Freestyle", "Womp Womp", "Sunshine", "Set It Off", "Curious George", "Dead Wrong", "Blazin (Pink Friday)", "Did It On 'Em (Pink Friday)", "Dance (A$$) ft. Nicki Minaj", "Roman in Moscow", "Roman Holiday (Pink Friday: Roman Reloaded)", "Hov Lane (Pink Friday: Roman Reloaded)", "I Am Your Leader (Pink Friday: Roman Reloaded)", "I Luv Dem Strippers ft. Nicki Minaj", "The Boys ft. Cassie (Pink Friday: Roman Reloaded – The Re-Up)", "Hell Yea (Pink Friday: Roman Reloaded – The Re-Up)", I Endorse These Strippers (Pink Friday: Roman Reloaded – The Re-Up)", "I'm Out ft. Nicki Minaj", "Rich Friday ft. Nicki Minaj", "Clappers ft. Nicki Minaj", "I B On Dat ft. Nicki Minaj", "Dope Dealer ft. Nicki Minaj & Rick Ross", "Chi-Raq ft. G Herbo", "Yasss Bish", "Win Again (The PinkPrint)", "Make Love ft. Nicki Minaj", "Rake It Up ft. Nicki Minaj", "Plain Jane (Remix) ft. Nicki Minaj", "Chun Li (Queen)", "Ball For Me ft. Nicki Minaj", "LLC (Queen)", "Chun Swae (Queen)", "Ganja Burn (Queen)", "Sir ft. Future (Queen)", "Regular Degular (Queen)", "Transformer ft. Future", "Zanies and Fools ft. Nicki Minaj", "#BlackGirlTragic", "The Joe Budden Podcast Episode 271", "Say So (Remix)", "TROLLZ ft. Nicki Minaj", "Blick Blick ft. Coi Leray", "We Go Up ft. Fivio Foreign" and "For All The Barbz ft. Drake & Chief Keef", collectively known as "Bodies of Work", between 2007 through 2023, Nicki Minaj expressed and caused Rose Celestin's peers in the music industry and in her professional circle to express purportedly factual statements about Rose Celestin and implied that there was a factual basis to evaluate Rose Celestin's character.

343.     Nicki Minaj intentionally communicated specific defamatory statements against Rose Celestin in the Bodies of Work.

344.     Rose Celestin's peers in the music industry and professional circles understood the Bodies of Work to refer to Rose Celestin, and specifically, to mean that Nicki Minaj knows Rose Celestin personally and that she has inside information regarding Rose Celestin's past.

345.     The statements Nicki Minaj made in her Bodies of Work concerning Rose Celestin are knowingly false. At the time the statements were made, Nicki Minaj had no personal connection to Rose.

346.     The statements Nicki Minaj stated in her Bodies of Work concerning Rose Celestin are express false statements of fact, and they falsely implied a knowledge of negative facts about Rose Celestin's character, professionalism, and interactions with others.

347.     Nicki Minaj knowingly made false statements concerning Rose Celestin, crafted to seem credible and to cause maximum damage.

348.     By consistently making defamatory statements with actual malice against Rose Celestin in her Bodies of Work between 2007 through 2023, Nicki Minaj intended to inflict irreparable and irrevocable damage to Rose Celestin's reputation, with long-lasting damaging effects on Rose Celestin's reputation well into the extended future.

349.     Nicki Minaj acted with actual malice—i.e. with knowledge of their falsity, or alternatively, with a reckless disregard for their falsity.

350.     Nicki Minaj made the defamatory statements in her Bodies of Work without privilege or justification.

351.     The statements Nicki Minaj made in her Bodies of Work directly injured Rose Celestin by diminishing her reputation in her profession, trade, and/or business, which has a natural tendency to lessen her earnings.

352.     The statements Nicki Minaj made concerning Rose in her Bodies of Work convey a defamatory meaning. They harm Rose Celestin's reputation as to lower it.

353.     It was Nicki Minaj's expectation and intent that the defamatory statements would injure Rose Celestin economically, including lessening her earnings.

354.     As a result of the publication of false and defamatory statements with actual malice in her Bodies of Work, Rose Celestin has suffered damages including but not limited to lost compensation, lost earnings, loss of reputation, and increased costs.

355.     Rose Celestin did not discover and had no reason to discover the Bodies of Work until the damages inflicted upon Rose Celestin's reputation were well beyond recovery.

356.     Nicki Minaj acted with oppression, fraud, and malice and engaged in highly reprehensible and despicable conduct warranting equitable relief and exemplary damages.

357.     **Count #3** – In releasing, circulating, and publishing the "Drake and Rose" Certified Lover Boy Official merchandise to his peers, around the music industry, and on social media platforms, Drake intended to inflict irreparable and irrevocable damage to Rose Celestin's reputation with long-lasting damaging effects on Rose Celestin's reputation well into the extended future.

358.     Rose Celestin's peers in the music industry and professional circles understood the "Drake and Rose" Certified Lover Boy Official merchandise to refer to Rose Celestin, and specifically, to mean that Drake knows Rose Celestin personally and that he has inside information regarding Rose Celestin's past.

359.     Drake acted with actual malice—i.e. with knowledge of their falsity, or alternatively, with a reckless disregard for their falsity.

360.     Drake released, circulated, and published the "Drake and Rose" Certified Lover Boy Official merchandise to his peers, around the music industry, and on social media platforms without privilege or justification.

361.     It was Drake's expectation and intent that releasing, circulating, and publishing the "Drake and Rose" Certified Lover Boy Official merchandise to his peers, around the music

industry, and on social media platforms would injure Rose Celestin economically, including
lessening her earnings.

362.     As a result of releasing, circulating, and publishing the "Drake and Rose" Certified Lover

Boy Official merchandise to his peers, around the music industry, and on social media platforms

with actual malice, Rose Celestin has suffered damages including but not limited to lost

compensation, lost earnings, loss of reputation, and increased costs.

363.     Drake acted with oppression, fraud, and malice and engaged in highly reprehensible and

despicable conduct warranting equitable relief and exemplary damages.

364.     **Count #4 –** In publishing the "Drake and Rose" Certified Lover Boy Official

promotional billboards around the world and on social media platforms, Drake intended to inflict

irreparable and irrevocable damage to Rose Celestin's reputation with long-lasting damaging

effects on Rose Celestin's reputation well into the extended future.

365.     Rose Celestin's peers in the music industry and professional circles understood the

"Drake and Rose" Certified Lover Boy Official promotional billboards to refer to Rose Celestin,

and specifically, to mean that Drake knows Rose Celestin personally and that he has inside

information regarding Rose Celestin's past.

366.     Drake intentionally communicated specific defamatory statements against Rose Celestin

in the "Drake and Rose" Certified Lover Boy Official promotional billboards.

367.     The statements Drake made in the "Drake and Rose" Certified Lover Boy Official

promotional billboards concerning Rose Celestin were knowingly false. At the time the

statements were made, Drake had no personal connection to Rose.

368.     The statements Drake stated in the "Drake and Rose" Certified Lover Boy Official

promotional billboards concerning Rose Celestin were express false statements of fact, and they

falsely implied a knowledge of negative facts about Rose Celestin's character, professionalism,

and interactions with others.

369.     Drake knowingly made false statements concerning Rose Celestin, crafted to seem credible and to cause maximum damage.

370.     Drake intended to inflict irreparable and irrevocable damage to Rose Celestin's reputation with long-lasting damaging effects on Rose Celestin's reputation well into the extended future.

371.     Drake acted with actual malice—i.e. with knowledge of their falsity, or alternatively, with a reckless disregard for their falsity.

372.     Drake made the defamatory statements in the "Drake and Rose" Certified Lover Boy Official promotional billboards without privilege or justification.

373.     The statements Drake made in the "Drake and Rose" Certified Lover Boy Official promotional billboards directly injured Rose Celestin by diminishing her reputation in her profession, trade, and/or business, which has a natural tendency to lessen her earnings.

374.     The statements Drake made concerning Rose in the "Drake and Rose" Certified Lover Boy Official promotional billboards conveyed a defamatory meaning. They harmed Rose Celestin's reputation as to lower it.

375.     It was Drake's expectation and intent that the defamatory statements would injure Rose Celestin economically, including lessening her earnings.

376.     As a result of the publication of false and defamatory statements with actual malice in the "Drake and Rose" Certified Lover Boy Official promotional billboards, Rose Celestin has suffered damages including but not limited to lost compensation, lost earnings, loss of reputation, and increased costs.

377.     Rose Celestin did not discover and had no reason to discover the "Drake and Rose" Certified Lover Boy Official promotional billboards until the damages inflicted upon Rose Celestin's reputation were well beyond recovery.

378.     Drake acted with oppression, fraud, and malice and engaged in highly reprehensible and despicable conduct warranting equitable relief and exemplary damages.

379.   **Count #5 -** In releasing "Houstalantavegas", "Free Spirit", "Club Paradise", "Round of

Applause", "Practice", "From Time", "305 To My City", "Sacrifices ft. Young Thug & 2 Chainz",

"Don't Matter To Me", "That's How You Feel", "Sandra's Rose", "Gold Roses ft. Drake", "Life Is

Good ft. Drake", "Desires ft. Future", "Toosie Slide", "You're Mines Still ft. Drake", "Seeing Green

ft. Nicki Minaj & Lil Wayne", "In The Bible", "Liability", "For All The Barbz ft. Drake & Chief

Keef", between 2009 through 2023, Drake expressed and caused Rose Celestin's peers in the music

industry and in her professional circle to express purportedly factual statements about Rose Celestin

and implied that there was a factual basis to evaluate Rose Celestin's character.

380.   Drake intentionally communicated specific defamatory statements against Rose Celestin

in the Bodies of Work.

381.   Rose Celestin's peers in the music industry and professional circles understood the

Bodies of Work to refer to Rose Celestin, and specifically, to mean that Drake knows Rose

Celestin personally and that he has inside information regarding Rose Celestin's past.

382.   The statements Drake made in his Bodies of Work concerning Rose Celestin are

knowingly false. At the time the statements were made, Drake had no personal connection to

Rose.

383.   The statements Drake stated in his Bodies of Work concerning Rose Celestin are express

false statements of fact, and they falsely implied a knowledge of negative facts about Rose

Celestin's character, professionalism, and interactions with others.

384.   Drake knowingly made false statements concerning Rose Celestin, crafted to seem

credible and to cause maximum damage.

385.   By consistently making defamatory statements with actual malice against Rose Celestin

in his Bodies of Work between 2009 through 2023, Drake intended to inflict irreparable and

irrevocable damage to Rose Celestin's reputation, with long-lasting damaging effects on Rose

Celestin's reputation well into the extended future.

386.      Drake acted with actual malice—i.e. with knowledge of their falsity, or alternatively, with a reckless disregard for their falsity.

387.      Drake made the defamatory statements in his Bodies of Work without privilege or justification.

388.      The statements Drake made in his Bodies of Work directly injured Rose Celestin by diminishing her reputation in her profession, trade, and/or business, which has a natural tendency to lessen her earnings.

389.      The statements Drake made concerning Rose in his Bodies of Work convey a defamatory meaning. They harm Rose Celestin's reputation as to lower it.

390.      It was Drake's expectation and intent that the defamatory statements would injure Rose Celestin economically, including lessening her earnings.

391.      As a result of the publication of false and defamatory statements with actual malice in his Bodies of Work, Rose Celestin has suffered damages including but not limited to lost compensation, lost earnings, loss of reputation, and increased costs.

392.      Rose Celestin did not discover and had no reason to discover the Bodies of Work until the damages inflicted upon Rose Celestin's reputation were well beyond recovery.

393.      Drake acted with oppression, fraud, and malice and engaged in highly reprehensible and despicable conduct warranting equitable relief and exemplary damages.

**THIRD CAUSE OF ACTION – Intentional Interference with Prospective Economic Advantage**

394.      Rose Celestin incorporates by reference all preceding allegations as though fully set forth herein.

395.      Rose Celestin was a thriving professional and well respected among her peers, employers, and business associates. She had spent years serving the professional community and building a positive reputation from the ground up. Rose Celestin never relied on her connections to get ahead, but instead worked very hard, shedding sweat and tears to be a respectable member of society.

396.        Rose Celestin had existing or prospective economic relationships with UAPB, Hit World

Music Entertainment, LLC, Roc Nation, Mass Appeal Records, Roc96, Def Jam Recordings,

CareFirst, and Amazon Web Services.

397.        In her professional career, Rose Celestin was on track to become a respected high-

ranking executive with potential to command high six-figure salaries with pre-eminent companies

in her field. On the other hand, as a businesswoman, Rose Celestin possessed the brain power to

strategically position her company to achieve multi-millions. The sky was the limit for Rose

Celestin, as she is a well-rounded and highly educated individual. But what Rose Celestin did not

fully realize over the years, was that Nicki Minaj and Drake had, for no apparent reason, made

Rose Celestin the target of intentional acts of sabotage, causing Rose Celestin to slowly but

surely, lose her ability to gain or maintain economic advantage through unprovoked slander,

hostility, and animosity.

398.        Rose Celestin did not discover and had no reason to discover what Drake and Nicki

Minaj had done behind the scenes until the damage on Rose Celestin's professional career and in

her personal life were well beyond recovery.

399.        **Count #1** – Nicki Minaj knows of Rose Celestin's existing economic relationships in the

music industry. On October 20, 2023, Nicki Minaj released "For All the Barbz ft. Drake & Chief

Keef", in which Nicki Minaj stated, "Ayo, pushin' your pen or you pushin' your luck?"

400.        Rose Celestin's peers in the music industry and professional circles understood that

statement to refer to Rose Celestin.

401.        Nicki Minaj threatened to intentionally and wrongfully interfere with Rose Celestin's

existing and prospective economic relationships in the music industry. In doing so, Nicki Minaj

intends to disrupt Rose Celestin's prospective economic advantage or knows that her actions are

certain or substantially certain to achieve this result.

402.        Nicki Minaj's actions are intentionally undertaken to inflict harm to Rose Celestin by

impairing her work in the music industry.

403.        Nicki Minaj intends to act with oppression, fraud, and malice and engage in highly

reprehensible and despicable conduct warranting equitable relief and exemplary damages.

404.        **Count # 2** – Drake and Nicki Minaj knew of the prospective relationship between Rose

Celestin and Amazon Web Services.

405.        Drake and Nicki Minaj intentionally and wrongfully interfered with this beneficial

economic relationship by, on information and belief, communicating and causing false statements

of fact to be communicated to Jeff Bezos, Andy Jassy, and Adam Selipsky about Rose Celestin's

professionalism. They knowingly spread false rumors of Rose Celestin being a stripper. In doing

so, Drake and Nicki Minaj intended to disrupt and interfere with Rose Celestin's economic

relationship and knew that their actions were certain or substantially certain to achieve their

plans. As a result, Rose Celestin was offered a job position and salary lower than expected, was

not respected at AWS, and was eventually wrongfully terminated on August 21, 2023. Drake's

and Nicki Minaj's actions were intentionally undertaken to inflict harm on Rose Celestin by

impairing her work in her profession, and interfering with her relationship with AWS.

406.        Drake's and Nicki Minaj's acts, including the statements made in private to Jeff Bezos,

Andy Jassy, and Adam Selipsky resulted in an actual disruption of the beneficial economic

relationship referenced above.

407.        On March 18, 2022, Nicki Minaj publicly stated in "Blick Blick ft. Coi Leray", "Step

one, cross me, there won't be a step two", "Don't run up in my DM, RIP to X too", "Textin' with

Jeff Bezos". And, on information and belief, Nicki Minaj, as well as Drake, had subsequent,

ongoing private conversations with Amazon and AWS' leadership team between March 2022 to

August 2023 regarding Rose Celestin's alleged past as a stripper.

408.        Drake and Nicki Minaj acted with oppression, fraud, and malice and engaged in highly

reprehensible and despicable conduct warranting equitable relief and exemplary damages.

409.     **Count #3** –Nicki Minaj knew of the prospective relationship between Rose Celestin's company, Hit World Music Entertainment, LLC and Roc Nation, Roc96, Mass Appeal Records, and Def Jam Recordings.

410.     Beginning September 2023, Rose Celestin was surprised and caught off guard to learn that Nicki Minaj and Dave East were in a purported secret relationship sometime between 2011 and 2017, when Dave East re-released "Double Up", "Fire", and "6 Man (Freestyle)" beginning in September – October 2023. Nicki Minaj was also in a public relationship with Nas for seven months in 2017. On information and belief, Nicki Minaj only dated Nas in artifice for the sole purpose of interfering with Rose Celestin's company.

411.     Nicki Minaj intentionally and wrongfully interfered with the prospective, beneficial economic relationship between Hit World Music Entertainment, LLC and Roc Nation, Roc96, Mass Appeal Records, and Def Jam Recordings by communicating and causing false statements of fact to be communicated to Rose Celestin's business associates about Rose Celestin's professionalism and alleged past as a stripper. In doing so, Nicki Minaj intended to disrupt Rose Celestin's prospective economic advantage or knew that her actions were certain or substantially certain to achieve this result.

412.     Nicki Minaj's actions were intentionally undertaken to inflict harm to Rose Celestin by impairing her ability to recruit producers for hitworldmusic.com as well as interfering with her relationship with Roc Nation, Roc96, Mass Appeal Records, and Def Jam Recordings.

413.     Rose Celestin did not discover and had no reason to discover what Nicki Minaj had done behind the scenes until September 2023, when Dave East released "Double Up", "Fire", and "6 Man (Freestyle)". Additionally, on August 10, 2018, Nicki Minaj made the unprovoked statements in "LLC" admitting to intentionally interfering with Rose's company. She stated, "I just took her name and made that bitch a LLC, stuff a couple stacks up in there, bitch, get on your feet, you'd make twice as much if you switch it up, just to see", "You bit the forbidden fruit you thought you'd get my spot? Who the fuck was kidding you?"

414.       Nicki Minaj also acted with oppression, fraud, and malice and engaged in highly reprehensible and despicable conduct warranting equitable relief and exemplary damages.

415.       **Count #4** - Drake and Nicki Minaj knew of the prospective relationship between Rose Celestin and CareFirst.

416.       Drake and Nicki Minaj intentionally and wrongfully interfered with this beneficial economic relationship by, on information and belief, communicating and causing false statements of facts to be communicated to Jeff Amsel, his recruiter, and CareFirst's executive leadership team about Rose Celestin's professionalism. On information and belief, they knowingly spread false rumors of Rose Celestin being a stripper. In doing so, Drake and Nicki Minaj intended to disrupt and interfere with Rose Celestin's economic relationship with CareFirst and knew that their actions were certain or substantially certain to achieve their plans. As a result, Rose Celestin was offered a salary lower than agreed upon and was not respected at CareFirst. Drake's and Nicki Minaj's actions were intentionally undertaken to inflict harm on Rose Celestin by impairing her work in her profession and interfering with her relationship with CareFirst.

417.       Drake's and Nicki Minaj's acts, including the statements made in private to Jeff Amsel, his recruiter, and CareFirst's executive leadership team resulted in an actual disruption of the beneficial economic relationship referenced above.

418.       Drake and Nicki Minaj acted with oppression, fraud, and malice and engaged in highly reprehensible and despicable conduct warranting equitable relief and exemplary damages.

419.       **Count #5 -** Nicki Minaj and, on information and belief, Drake knew that Rose had had an existing relationship with UAPB sometime between 2007 and 2018.

420.       Nicki Minaj and, on information and belief, Drake intentionally and wrongfully interfered with this beneficial economic relationship by, on information and belief, communicating and causing false statements of fact to be communicated to UAPB's executive leadership team about Rose Celestin's professionalism. On information and belief, they knowingly spread false rumors of Rose Celestin being a stripper. In doing so, they intended to

disrupt and interfere with Rose Celestin's economic relationship with UAPB and knew that their actions were certain or substantially certain to achieve their plans. As a result, Rose Celestin was offered a salary lower than agreed upon when she was promoted to Director of Procurement and Business Affairs. Their actions were intentionally undertaken to inflict harm on Rose Celestin by impairing her work in her profession and interfering with her relationship with UAPB.

421.    Nicki Minaj's, and on information and belief, Drake's acts resulted in an actual disruption of the beneficial economic relationship referenced above.

422.    Rose Celestin did not discover and had no reason to discover what Nicki Minaj, and on information and belief, Drake had done behind the scenes until July 21, 2023, when Drake admitted on Instagram, "The stupidity mixed with a lack of humility got the bars writing themselves kid…**I gotta admit**…the most cut throat game in the world is turning into easy biz". Additionally, Drake released "Nice for What" on April 6, 2018, alluding to having knowledge of Rose Celestin working at UAPB, although the two did not know each other.

423.    Nicki Minaj, and on information and belief, Drake acted with oppression, fraud, and malice and engaged in highly reprehensible and despicable conduct warranting equitable relief and exemplary damages.

### FOURTH CAUSE OF ACTION – Criminal Espionage

424.    Rose Celestin incorporates by reference all preceding allegations as though fully set forth herein.

425.    Drake and Nicki Minaj, on information and belief, leveraged and continues to leverage means of criminal espionage to keep Rose Celestin under unlawful surveillance. Through their alleged criminal activities, Drake and Nicki Minaj maintains an unfair advantage over Rose Celestin in order to act with oppression, fraud, malice and engage in highly reprehensible and despicable conduct that impacts Rose Celestin's quality of life, causes her shame, dishonor, humiliation, and ridicule, and discourages others from associating with Rose Celestin.

426.    Drake and Nicki Minaj, on information and belief, leverage means of criminal espionage to engage in patterns of retaliatory conduct against Rose Celestin, intentionally interfere with Rose Celestin's prospective economic relationships, engage in retaliatory harassment and defamatory conduct, injure Rose Celestin's reputation, and implement practices for the deliberate purpose of depriving Rose Celestin of a normal quality of life.

427.    Rose Celestin has the right to remain free from espionage, harassment, intimidation, patterns of retaliatory conduct, and practices for the deliberate purpose of depriving Rose Celestin of a normal quality of life.

428.    Unless restrained by this Court, Drake and Nicki Minaj will continue their campaign of unfair and unlawful conduct, including but not limited to, using patterns of abusive and harassing behavior to exert control over Rose Celestin's life.

429.    **Count #1** – Drake and Nicki Minaj, on information and belief, leveraged means of criminal espionage to intentionally interfere with Rose Celestin's economic advantage at AWS. On information and belief, Drake and Nicki Minaj hacked into Rose Celestin's Amazon-issued device on numerous occasions throughout Rose Celestin's employment at AWS.

430.    **Count #2** – Nicki Minaj, on information and belief, leveraged means of criminal espionage to intentionally interfere with Rose Celestin's economic advantage between Hit World Music Entertainment and Roc Nation, Roc96, Mass Appeal Records, and Def Jam Recordings.

431.    **Count #3** – Drake and Nicki Minaj, on information and belief, leveraged means of criminal espionage to intentionally interfere with Rose Celestin's economic advantage at CareFirst.

432.    **Count #4** – Drake and Nicki Minaj, on information and belief, leveraged means of criminal espionage to intentionally interfere with Rose Celestin's economic advantage at UAPB.

433.    **Count #5** – Drake and Nicki Minaj, on information and belief, leveraged and continues to leverage means of criminal espionage to intentionally interfere with Rose Celestin's prospective economic advantage in the music industry. On August 4, 2023, Rose Celestin was

compelled to leak a version of "Cha Cha Cha" upon suspecting that her Wi-Fi was hacked to prevent Nicki Minaj and other malicious actors from deceitfully taking credit for Rose Celestin's lyrics that she had solely written. Then, despite leaking "Cha Cha Cha", upon listening to the official release of "Cha Cha Cha", Rose discovered that the lyrics and the hook had been tampered with, resulting in a negative reception of the song.

434.      **Count #7** – Drake and Nicki Minaj, on information and belief, leveraged means of criminal espionage to hack Rose Celestin's personal devices and/or Wi-Fi connection to illegally access financial and health records between 2007 and 2023, violating federal privacy laws such as HIPPA.

### FIFTH CAUSE OF ACTION – Obstruction of Justice

435.      Rose Celestin incorporates by reference all preceding allegations as though fully set forth herein.

436.      **Count #1** - In September 2020, Drake and Nicki Minaj, on information and belief, leveraged means of espionage to anticipate Rose Celestin's intention on bringing forth a lawsuit and abused their power and influence to obstruct Rose Celestin's ability to obtain legal justice for their oppressive, fraudulent, malicious, highly reprehensible, and despicable conduct.

437.      **Count #2** - In October 2021, Drake and Nicki Minaj, on information and belief, leveraged means of espionage to anticipate Rose Celestin's intention on bringing forth a lawsuit and abused their power and influence to obstruct Rose Celestin's ability to obtain legal justice for their oppressive, fraudulent, malicious, highly reprehensible, and despicable conduct.

438.      **Count #3** – In June 2022, Drake and Nicki Minaj, on information and belief, leveraged means of espionage to anticipate Rose Celestin's intention on bringing forth a lawsuit and abused their power and influence to obstruct Rose Celestin's ability to obtain legal justice for their oppressive, fraudulent, malicious, highly reprehensible, and despicable conduct.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff Rose Y. Celestin respectfully requests and prays that the Court enter an award in Plaintiff's favor, and against Defendants, as follows:

A.   Damages, including general, special, aggravated, pain and suffering, loss of enjoyment of life, income loss, and exemplary damages, in an amount to be determined by the Court;

B.   Punitive damages to the maximum extent permitted by law;

C.   Equitable relief;

D.   An order enjoining the Defendants from directly engaging in further retaliatory conduct towards Rose Celestin;

E.   An order enjoining the Defendants from indirectly engaging in further retaliatory conduct towards Rose Celestin;

F.   An order enjoining Cash Money Records, Republic Records, OVO Sound, and Universal Music Group to award Rose Celestin royalties, publishing, future earnings, and all other monies allowable and permitted by law;

G.   Expenses and costs to the extent provided for by law, including all fees as provided by statute; and

H.   An order awarding Rose Celestin such other and further relief as the Court deems just and proper.


Dated: November 9, 2023

_Rose Y. Celestin_   11/9/2023

Rose Y. Celestin