# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 24-7117**  **September Term, 2024**

**1:23-cv-03335-CJN**

**Filed On:** March 5, 2025

Rose Y. Celestin,

    Appellant

    v.

Onika Maraj-Petty, also known as Nicki Minaj, et al.,

    Appellees

**BEFORE:** Katsas, Childs, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the petition for rehearing, it is

**ORDERED** that the petition be denied.

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk